**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. _____ |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| MMODAL LLC, MMODAL IP LLC, LP ) | |
| PARENT, INC., and LEGEND PARENT, INC., ) | |
| ) | |
| Defendants. ) | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Nuance Communications, Inc. ("Nuance") files this Complaint for patent

infringement against Defendants MModal LLC, MModal IP LLC, LP Parent, Inc., and Legend

Parent, Inc.,  (collectively, "Defendants"), and alleges as follows:

**Nature of the Action**

1.    This is an action for infringement of United States Patent Nos. 9,564,126 ("the 126

Patent"), 7,379,946 ("the 946 Patent"), 6,308,158 ("the 158 Patent"), 6,766,295 ("the 295

Patent"), 6,999,933 ("the 933 Patent"), and 8,117,034 ("the 034 Patent") (collectively, "the

Asserted Patents") under the United States Patent Laws, 35 U.S.C. § 1 *et seq*.  Nuance is a leading

designer and provider of innovative voice recognition and transcription technologies for

businesses and individuals around the world, including Nuance's Dragon Medical, PowerScribe,

eScription, EditScript, and Velocity products. Nuance owns patents covering these voice

recognition and transcription technologies, including the Asserted Patents.

2.    Nuance brings this action against Defendants because they have systematically

infringed Nuance's technology in violation of Nuance's valuable intellectual property.  In addition

to seeking damages for Defendants' violation of Nuance's patent rights without permission,

Nuance seeks to put an end to Defendants' continued infringement.

## The Parties

3.        Plaintiff Nuance is a Delaware corporation having its headquarters at 1 Wayside Road, Burlington, Massachusetts 01803.

4.        On information and belief, Defendant MModal LLC (f/k/a as MModal Inc.) is a privately held limited liability corporation organized under the laws of the state of Delaware, with its principal place of business at 5000 Meridian Blvd, Suite 200, Franklin, TN 37067.

5.        On information and belief, Defendant MModal IP LLC is a privately held limited liability corporation organized under the laws of the state of Delaware, with its principal place of business at 5000 Meridian Blvd, Suite 200, Franklin TN 37067.

6.        On information and belief, Defendant LP Parent, Inc. (f/k/a MModal Holdings, Inc.) is a privately held corporation organized under the laws of the state of Delaware, with its principal place of business at 5000 Meridian Blvd, Suite 200, Franklin, TN 37067.

7.        On information and belief, Legend Parent, Inc. is a privately held corporation organized under the laws of the state of Delaware, with its principal place of business at 5000 Meridian Blvd, Suite 200, Franklin, TN 37067.

8.        On information and belief, LP Parent, Inc. (f/k/a MModal Holdings, Inc.) holds 100% of the equity in Legend Parent, Inc., which holds 100% of the equity in MModal Inc. On information and belief, MModal Inc. indirectly owns MModal IP LLC and directly or indirectly owns the remaining affiliates of its parent companies. Nuance is further informed and believes that Defendants and their affiliates act in concert, as evidenced by public filings referring collectively to MModal Holdings, Inc. and its debtor and non-debtor affiliates as "the Company." *See In re Legend Parent, Inc.,* Case No. 14-10701, Dkt. 3 at 1, Decl. of David Woodworth in Accordance with Local Rule 1007-2 in Support of First Day Motions (Bankr. S.D.N.Y. Mar. 20, 2014); *see also id.,* Dkt. 425 at 1 n.1, Notice of Presentment of a Final Decree Closing Each of the

Reorganized Debtors' Cases Other than the Cases of Legend Parent, Inc., and MModal Holdings, Inc. (Bankr. S.D.N.Y Aug. 12, 2014) (stating that LP Parent, Inc. was formerly known as MModal Holdings, Inc.).

## Jurisdiction and Venue

9.      This is an action for patent infringement arising under the United States Patent Act, 35 U.S.C. § 1, *et seq.* This Court has subject matter jurisdiction over Nuance's claims under 28 U.S.C. §§ 1331 and 1338(a).

10.     This Court has personal jurisdiction over Defendants at least because Defendants are incorporated in this District.

11.     Venue is proper in this District under 28 U.S.C. § 1400(b) at least because Defendants are incorporated in, and therefore reside within, this District.

## The Asserted Patents

12.     The 126 Patent is titled "Using models to detect potential significant errors in speech recognition results" and was issued by the United States Patent and Trademark Office ("USPTO") on February 7, 2017.  Nuance is the owner by assignment of the entire right, title and interest in and to the 126 Patent, including the sole and undivided right to sue for infringement.  A true and correct copy of the 126 Patent is attached hereto as Exhibit A.

13.     The 946 Patent is titled "Categorization of information using natural language processing and predefined templates" and was issued by the United States Patent and Trademark Office ("USPTO") on May 27, 2005.  Nuance is the owner by assignment of the entire right, title and interest in and to the 946 Patent, including the sole and undivided right to sue for infringement.  A true and correct copy of the 946 Patent is attached hereto as Exhibit B.

14.     The 158 Patent is titled "Distributed Speech Recognition System With Multi-User Input Stations" and was issued by the United States Patent and Trademark Office ("USPTO") on

October 23, 2001.  Nuance is the owner by assignment of the entire right, title and interest in and to the 158 Patent, including the sole and undivided right to sue for infringement.  A true and correct copy of the 158 Patent is attached hereto as Exhibit C.

15.    The 295 Patent is titled "Adaptation of a Speech Recognition System Across Multiple Remote Sessions With a Speaker" and was issued by the USPTO on July 20, 2004. Nuance is the owner by assignment of the entire right, title and interest in and to the 295 Patent, including the sole and undivided right to sue for infringement.  A true and correct copy of the 295 Patent is attached hereto as Exhibit D.

16.    The 933 Patent is titled "Editing During Synchronous Playback" and was issued by the USPTO on February 14, 2006.  Nuance is the owner by assignment of the entire right, title and interest in and to the 933 Patent, including the sole and undivided right to sue for infringement.  A true and correct copy of the 933 Patent is attached hereto as Exhibit E.

17.    The 034 Patent is titled "Synchronise an Audio Cursor and a Text Cursor During Editing" and was issued by the USPTO on February 14, 2012.  Nuance is the owner by assignment of the entire right, title and interest in and to the 034 Patent, including the sole and undivided right to sue for infringement.  A true and correct copy of the 034 Patent is attached hereto as Exhibit F.

<u>**Background of the Accused Products and Services**</u>

18.    **CAPD Products and Services.** On information and belief, Defendants make, use, sell, offer for sale, and/or import products under the M*Modal Fluency and M*MODAL CDI Solutions umbrella brands that utilize voice capture and recognition technology for Computer-Assisted Physician Documentation ("CAPD") and Clinical Documentation Improvement ("CDI") applications, as well as other automated documentation and transcription applications.  These products include but are not limited to Fluency Direct, Fluency for Transcription, Fluency for

Imaging, Fluency Flex, Fluency Mobile, CDI Assess, CDI Collaborate, CDI Engage, and reasonably similar products ("the Accused CAPD Products and Services").

19.     Defendants describe Fluency Direct as a "front-end speech recognition solution that works with over 120 EHRs, from any location and with multiple devices – all driven by a single, cloud-hosted voice profile."  Further, "Fluency Direct's Computer-Assisted Physician Documentation (CAPD) feature delivers in-workflow CDI insights to clinicians in real time." *See* https://mmodal.com/products-services/.

20.     Fluency for Imaging is described as a "reporting and workflow management solution that combines advanced speech recognition technology and integrated productivity tools for faster creation of high quality diagnostic interpretations."  According to Defendants, it "also includes game-changing Computer-Assisted Physician Documentation (CAPD) technology to present radiologists with real-time, automated and quality-improving feedback related to ICD-10, Lung-RADS™, critical findings and documentation best practices."  *See* https://mmodal.com/products-services/.

21.     Fluency Flex incorporates "Front-end speech recognition, standard text, access to previous documents and other patient-specific content, patient lists, and schedules" that "allow physicians to create documents in natural workflows that work best for them." *See* https://mmodal.com/products-services/fluency-flex/#.

22.     Fluency Mobile is an app for mobile transcription that allows a physician to dictate to transcription, self-edit recognized text, and dictate using front end speech recognition. *See* Fluency Mobile Product Sheet, PDF at p.2, https://mmodal.com/wp-content/uploads/2016/02/Fluency-Mobile-Product-Sheet.pdf.

23.    Fluency for Transcription is a product or service designed to reduce transcription costs and increase physician satisfaction by, *inter alia*, utilizing cloud-based M*Modal Speech Understanding technology and relying on a "[s]ingle voice profile [that] allows back-end speech and transcription edits to pre-train physician's speech profile for front-end speech, regardless of device." *See, e.g.*:



https://mmodal.com/wp-content/uploads/2016/09/MModal-Fluency-for-Transcription-Overview-Brochure.pdf.

24.    CDI Engage, according to Defendants, is a "[r]evolutionary solution utilizing Computer-Assisted Physician Documentation (CAPD) technology to combine document creation, CDI and ICD-10 education into a cohesive, physician-friendly workflow for continuous improvement in the quality of the clinical documentation and patient care – all while supporting clinician workflows and productivity."  *See* https://mmodal.com/products-services/.

25.     CDI Assess, according to Defendants, "can help automate the identification of CDI opportunities by gaining access to information trapped in narrative data" in order to "[i]dentify financial opportunities, gaps in patient care and compliance risks."  *See* https://mmodal.com/products-services/.

26.     On information and belief, each of the Accused CAPD Products and Services contribute to a single, trained speech profile for a user. *See, e.g.*:

> Uniquely, the M*Modal single, enterprise speech platform enables users to utilize different speech options, all with the same cloud-hosted user profile which is shared across applications, workflows and devices. **This means that a single, trained speech profile can be leveraged by several M*Modal solutions such as Fluency Direct™, Fluency for Imaging™, Fluency Flex™, Fluency Flex™ Mobile, Fluency for Transcription™ and third-party mobile applications**. One profile allows all speech-enabled documentation methods to contribute to and benefit from each other's success. As you use traditional transcription, you are actually teaching Fluency Direct. As you use Fluency Direct and transcription, you are simultaneously making your mobile experience better. No additional training is required from physicians and they benefit from a consistent experience when switching back and forth between devices and workflows.

Fluency Direct Brochure, PDF at p. 3, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf. [1]

27.     **Transcription Editing Programs and Services.** On information and belief, Defendants develop, manufacture, make, use, sell, offer for sale, and/or import transcription products—including but not limited to AnyModal Editor, DocQSpeech/DocQScribe, and reasonably similar products—for receiving, processing, and editing physician dictations (collectively, the "Accused Transcription Editing Programs and Services"). Defendants and their customers also employ transcriptionists that utilize the Accused Transcription Editing Programs and Services when performing advertised "Transcription Services." *See, e.g.*:

---

[1] All emphasis in this Complaint is added unless otherwise noted.

# A SOPHISTICATED MEDICAL TRANSCRIPTION PROCESS

Medical Transcription at M*Modal is a sophisticated process performed only by trained MTs with a specialized skill set. The global MTs go through an extensive four-month, in-office training program and a regimented continuing education track, coupled with frequent spot QA reviews. The company's managed global service centers are equipped with state-of-the-art technology supporting a specialized workforce that carries out a refined and audited process that repeatedly produces reliable transcriptions in a timely manner.

White Paper, M*Modal Global Transcription Services, PDF at p. 4, https://mmodal.com/resources/white-papers/global-services-transcription/.

28.     Defendants market themselves as "one of the largest and most experienced transcription services providers." https://mmodal.com/products-services/transcription-services/. Defendants advertise that they "offer an experienced workforce of over 8,000 USA-based and global transcriptionists and speech editors who turn 300 million minutes of dictation (more than 3 billion lines) into quality documents each year." *Id.* Defendants further advertise that "[y]ou can choose between internal transcription, outsourced domestic/global transcription, or a combination of the two." *See* https://mmodal.com/products-services/.

### Claim for Relief – Infringement of the 126 Patent

29.     Nuance incorporates by reference the allegations in paragraphs 1-28 above.

30.     The Accused CAPD Products and Services and/or the use of the Accused CAPD Products and Services by Defendants and their customers directly infringe one or more claims of the 126 Patent (including at least claim 1) under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents.  In addition, below are non-limiting examples based on information currently available to Nuance.

31.     Claim 1 of the 126 Patent states as follows:

1. A method of processing a result of a recognition by an automatic speech recognition (ASR) system on a speech input, the method comprising:

> determining whether the result includes a member of a set of words or phrases, the set of words or phrases comprising a plurality of members and each member of the set comprising a word or phrase; and

> when it is determined that the result includes a word or phrase of a first member of the set,

>> producing a modified result by substituting a word or phrase of a second member of the set for the word or phrase of the first member in the result,

>> evaluating the modified result using at least one language model and/or at least one acoustic model, and

>> determining, based on a result of the evaluating, whether to trigger presentation of an alert to a user via a user interface.

32.     Defendants and their customers utilizing the Accused CAPD Products and Services perform "[a] method of processing a result of a recognition by an automatic speech recognition (ASR) system on a speech input."  For example, Defendants and their customers utilizing the Accused CAPD Products and Services can conversationally create, review, edit and sign clinical notes directly within EHR templates.  *See, e.g.*:

> M*Modal Fluency Direct™ is a next-generation, all-in-one speech recognition solution that enables physicians of any medical specialty to conversationally create, review, edit and sign clinical notes directly within EHR templates. It leverages M*Modal Speech Understanding™, which is far more than just voice-to text technology  as it includes Natural Language Understanding (NLU) technology for contextual understanding of the physician  narrative to help improve accuracy.

Fluency Direct Brochure, PDF at p. 2, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure_Final.pdf.

33.    Defendants and their customers utilizing the Accused CAPD Products and Services perform the step of "determining whether the result includes a member of a set of words or phrases, the set of words or phrases comprising a plurality of members and each member of the set comprising a word or phrase."  For example, Defendants and their customers utilizing the Accused CAPD Products and Services can determine whether specific words or phrases, such as "heart failure," exist in the ASR results.  *See, e.g.*:



*See* M*Modal Fluency Direct with Computer-Assisted Physician Documentation (CAPD) Promotional Video, https://www.youtube.com/watch?v=6cTv5JFJ2LA, at 0:44.

> Fluency Direct with CAPD constantly improves the accuracy of clinical documentation by delivering context specific,
> clinically-relevant information for needed details or clarifications as the report is being created.
> • **Consider a physician dictating a note that mentions unspecified chronic congestive heart failure (CHF)**
> • **The system will generate feedback asking for the necessary clarification on acuity (acute vs. chronic) and type (systolic vs. diastolic)**
> • If the physician chooses to address the identified deficiency, the related message automatically disappears
> • Or if the physician chooses to ignore the message, no further action is required, but the dismissal is tracked and can be audited

Fluency Direct With CAPD Brochure, PDF at p. 2, http://lhcc.ca/PDF/fluency/fluency-direct-with-capd-brochure.pdf.

34.    Further, Defendants and their customers utilizing the Accused CAPD Products and

Services can determine whether specific words or phrases, such as "left wrist," exist in the ASR

results. *See, e.g.*

> Similarly, this automated and continuous radiology report review also detects inconsistencies in laterality and gender between what is in the documentation and what is being dictated.
> - **For instance, a radiologist, working on a wrist x-ray study, dictates that there is a fracture to the left wrist. However, if the 'Examination Performed' and 'Technique' sections indicate that the exam was of the right wrist, the radiologist will be immediately notified of the laterality inconsistency.**
> - The radiologist can address the inconsistency which would cause the relevant notification to automatically disappear.

Fluency for Imaging With CAPD Brochure, PDF at p. 3,  https://mmodal.com/wp-content/uploads/2016/02/CAPD-with-Fluency-for-Imaging-11.11.14_WEB.pdf.

35.    Defendants and their customers utilizing the Accused CAPD Products perform the

step of "when it is determined that the result includes a word or phrase of a first member of the

set, producing a modified result by substituting a word or phrase of a second member of the set

for the word or phrase of the first member in the result."  For example, upon information and

belief, when the Accused CAPD Products and Services identify "inconsistencies in laterality and

gender between what is in the documentation and what is being dictated," the process they utilize

includes substituting a word or phrase, such as "right," for a word or phrase, such as "left" (both

of which are members of a set) in order to determine if their usage in context amounts to an

inconsistency in laterality.  *See, e.g.*:

> Similarly, this automated and continuous radiology report review also detects inconsistencies in laterality and gender between what is in the documentation and what is being dictated.
> - **For instance, a radiologist, working on a wrist x-ray study, dictates that there is a fracture to the left wrist. However, if**

> **the 'Examination Performed' and 'Technique' sections indicate that the exam was of the right wrist, the radiologist will be immediately notified of the laterality inconsistency.**
> - The radiologist can address the inconsistency which would cause the relevant notification to automatically disappear

Fluency for Imaging With CAPD Brochure, PDF at p. 3, https://mmodal.com/wp-content/uploads/2016/02/CAPD-with-Fluency-for-Imaging-11.11.14_WEB.pdf.

36.     Defendants and their customers utilizing the Accused CAPD Products and Services perform the step of "evaluating the modified result using at least one language model and/or at least one acoustic model." For example, the Accused CAPD Products and Services evaluate the results of the replacement using a language model, including a model specifically tailored to a specific user. *See, e.g.*:

> Fluency Direct is a desktop solution for free-form dictations of medical reports into windows and web based Electronic Medical Records (EMRs).
>
> **The core of Fluency Direct is the power of Speech Understanding. This unique, proprietary technology combines best in class speech recognition with a powerful Natural Language Understanding ("NLU") capability for improved accuracy by pairing language models and the context of words.**
>
> Speech Understanding allows clinicians to speak to clinical applications in conversational tones, a new paradigm M*Modal refers to as Conversational Documentation. The system continually learns based on previous dictation and can even benefit from historically dictated and transcribed reports to accelerate the system's learning and adoption process.

*See* M*Modal Fluency Direct Manual at 1, https://eapps.mbhs.org/downloads/mmodal/FD_UserManual.pdf.

37.     Defendants and their customers utilizing the Accused CAPD Products and Services perform the step of "determining, based on a result of the evaluating, whether to trigger presentation of an alert to a user via a user interface." For example, Defendants and their

customers utilizing the Accused CAPD Products and Services are visually presented with

notifications of a laterality or gender inconsistency where one has been identified.  *See, e.g.*:

> Similarly, this automated and continuous radiology report review
> also detects inconsistencies in laterality and gender between what
> is in the documentation and what is being dictated.
> - For instance, a radiologist, working on a wrist x-ray study,
>   dictates that there is a fracture to the left wrist. However, if the
>   'Examination Performed' and 'Technique' sections indicate
>   that the exam was of the right wrist, **the radiologist will be
>   immediately notified of the laterality inconsistency.**
> - **The radiologist can address the inconsistency which would
>   cause the relevant notification to automatically disappear.**

Fluency for Imaging With CAPD Brochure, PDF at p. 3,  https://mmodal.com/wp-
content/uploads/2016/02/CAPD-with-Fluency-for-Imaging-11.11.14_WEB.pdf.

38.    Defendants also induce infringement of the 126 Patent by their customers under 35

U.S.C. § 271(b) both by configuring the Accused CAPD Products to operate in a manner that

Defendants know infringe the 126 Patent and by encouraging their customers to use the Accused

CAPD Products in a manner Defendants know infringe the 126 Patent.  Defendants have had

knowledge of the 126 Patent since at least the filing of this lawsuit.  Defendants advertise that

they employ an "Adoption Services" team that "uses a combination of knowledge, skill, and

unique features available through M*Modal solutions to optimize usage."  *See*

https://mmodal.com/products-services/adoption-services/.  Defendants describe the "Adoption

Services" as "an in-house team of experts who are our 'boots on the ground', working at-the-

elbow with end users as well as working side-by-side with our Product Management and

Development organizations."  *See* https://mmodal.com/products-services/adoption-services/.

Defendants further explain that "successful adoption and use of technology are only in part due to

the technology itself" and "[i]t is the human touch that ensures broad adoption."  *Id.*  Defendants

both encourage and instruct their customers to use the Accused CAPD Products in a manner that

infringes the 126 Patent. *See e.g.*:

### DOING THE RIGHT THINGS – FASTER

To address this fundamental challenge, M*Modal has developed a team of clinical documentation experts whose sole purpose is to help physicians use technology to do the right things quickly and easily. The Adoption Services team focuses on teaching physicians to use the M*Modal software and capitalize on its full potential. The M*Modal team also helps streamline documentation tasks such that they fit naturally into the physician's workflow. The team's goal is to help providers leverage the M*Modal speech technology to promote the highest level of efficiency gains within their EHRs. Importantly, these Adoption Specialists help physicians to create not fast documentation. Rather, they help physicians create better documentation, fast. The outcome-driven team's success is directly dependent on the provider organization's utilization and adoption of M*Modal front-end speech technology.

### THE ADOPTION SERVICES TEAM

M*Modal is the only provider of speech recognition that makes Adoption Services an integral part of its solution. These dedicated HIM experts, many of them RHIA (Registered Health Information Administrator) certified and with clinical backgrounds, have a deep understanding of M*Modal solutions and of numerous EHR systems. Moreover, they are medical records experts who understand the need for high-quality clinical documentation. What this means to provider organizations is that M*Modal industry-leading software solutions come with the attendant, in-house expertise needed to help physicians use them effectively within their specific EHRs and according to their personal workflows.

### THE ADOPTION METHODOLOGY

The M*Modal Adoption Services team uses a combination of knowledge, skill, and the unique features available through M*Modal solutions to optimize use. The team also looks for ways to help providers create the quality documentation needed to drive everything from coordinated care to coding to compliance.

Team members take a high-touch approach that is customized to the needs of each individual physician. They develop strong collaborative relationships with assigned providers by supporting the initial go-live period, proactively following user progress, and monitoring for opportunities to optimize usage as well as documentation quality. By taking action quickly, often before the IT staff is aware of any change, the team is able to prevent physician frustration and help the provider organization fully realize the benefits of speech recognition and, subsequently, of the EHR.

Adoption Services: In-House Team Committed to Utilization, PDF at p. 1,
https://mmodal.com/wp-content/uploads/2016/02/Adoption-Services-Product-Sheet-8.7.14_WEB.pdf.

The Adoption Services team's approach and process include:

• **COMPREHENSIVE WORKFLOW DISCOVERY:** Using workplace immersion techniques, the team observes physicians and other users to learn about workflows, the EHR environment, and physician needs. They build dictionaries of area names and locations, approved abbreviations, as well as libraries of the text expansions, macros, and templates that are used by the facility.

• **CREATION OF BEST PRACTICES:** Team members use these discovery sessions to develop processes and best practices for implementation, training, and support, which are then handed off to provider IT teams. They also lay the groundwork to ensure the efficient use of all the features and functions within M*Modal Fluency Direct™.

• **ONE-ON-ONE TRAINING SERVICES:** M*Modal has found that direct, one-on-one training allows opportunities for physicians to ask questions that they might not otherwise. The one-on-one sessions let Adoption Specialists observe the physician at work, and to provide suggestions that allow the technology to adapt to each physician's individual needs.

• **DOCUMENTATION OPTIMIZATION ASSESSMENT:** In addition to collecting known shortcuts or templates that are already in use by the organization, specialists look for opportunities to ensure that these shortcuts are used appropriately, and to find new ways to improve overall documentation and efficiency.

• **MONITORING SERVICES:** The team uses sophisticated tools to optimize physician satisfaction, efficiency, and adoption including:

° **AUTOMATED FEEDBACK FROM PHYSICIANS:** Fluency Direct includes a unique feature that allows physicians to immediately send feedback without having to email or call a support number. With the press of a button, physicians send questions, comments, or concerns directly to their assigned M*Modal Adoption Specialist.

° **COMPREHENSIVE REPORTING:** Fluency Direct captures information about each physician, which is then used to generate reports about usage and to trend habits over time. Adoption Specialists monitor utilization statistics to ensure optimal use, and to watch for indications of issues before they cause frustration for physicians.

• **IMPLEMENTATION SERVICES AND TRAINING:** Both "train-the-trainer" and direct training services are offered. Additionally, Adoption Specialists work closely with provider IT teams to create customized rollout plans. Training is adapted to the EHR and clinical workflows used by the provider, and can be conducted remotely or on-site.

• **INDIVIDUALIZED ATTENTION:** Because specialists are assigned to certain providers, they become knowledgeable about each provider's specific environment and habits. They are able to spot deviations from normal use, and respond quickly to physician questions or concerns before the question becomes an obstacle.

Adoption Services: In-House Team Committed to Utilization, PDF at p. 2,
https://mmodal.com/wp-content/uploads/2016/02/Adoption-Services-Product-Sheet-8.7.14_WEB.pdf.

39.     Defendants also contribute to infringement by their customers of the 126 Patent under 35 U.S.C. § 271(c).  Defendants have had knowledge of the 126 Patent since at least the filing of this lawsuit.  The Accused CAPD Products and Services are a material part of practicing at least the methods of claim 1, have no substantial non-infringing uses, are not a staple article of commerce, and are specially made and adapted for use in an infringing manner.  For example, the

Accused CAPD Products and Services are specially designed and intended to perform the method of claim 1 by presenting the user with replacement words/phrases to improve the accuracy of ASR results and reduce the errors in clinical documentation.

**Claim for Relief – Infringement of the 946 Patent**

40.    Nuance incorporates by reference the allegations in paragraphs 1-39 above.

41.    The Accused CAPD Products and Services and/or the use of the Accused CAPD Products and Services by Defendants and their customers, directly infringe one or more claims of the 946 Patent (including at least claim 1) under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents. In addition, below are non-limiting examples based on information currently available to Nuance.

42.    Claim 1 of the 946 Patent states as follows:

> 1. A computer implemented method for generating a report that includes latent information, comprising:
>
> > receiving an input data stream;
> >
> > performing one of normalization, validation, and extraction of the input data stream;
> >
> > processing the input data stream to identify latent information within the data stream that is required for generation of a particular report, wherein said processing of the input data stream to identify latent information comprises of identifying a relevant portion of the input data stream, bounding the relevant portion of the input data stream, identifying a predetermined class of information, and normalizing the relevant portion of the input data stream;
> >
> > activating a relevant report template based on the said identified latent information;
> >
> > populating said template with template-specified data;
> >
> > processing the template-specified data to generate a report.

43.     Defendants and their customers utilizing the Accused CAPD Products and Services perform a "computer implemented method for generating a report that includes latent information."  For example, Defendants and their customers utilizing the Accused CAPD Products and Services can conversationally create, review, edit and sign clinical notes directly within EHR templates.  *See, e.g.*:

> M*Modal Fluency Direct™ is a next-generation, all-in-one speech recognition solution that enables physicians of any medical specialty to conversationally create, review, edit and sign clinical notes directly within EHR  templates. It leverages M*Modal Speech Understanding™, which is far more than just voice-to text technology  as it includes Natural Language Understanding (NLU) technology for contextual understanding of the physician  narrative to help improve accuracy.

Fluency Direct Brochure, PDF at p. 2, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

44.     Defendants and their customers utilizing the Accused CAPD Products and Services perform the step of "receiving an input data stream."  For example, Defendants and their customers utilizing the Accused CAPD Products and Services conversationally create, review, edit and sign clinical notes directly within EHR templates, thereby allowing the Fluency Direct Product to collect information regarding a practitioner's encounter with a patient.  *See, e.g.*:

> M*Modal Fluency Direct™ is a next-generation, all-in-one speech recognition solution that enables physicians  of any medical specialty to conversationally create, review, edit and sign clinical notes directly within EHR    templates. It leverages M*Modal Speech Understanding™, which is far more than just voice-to text technology  as it includes Natural Language Understanding (NLU) technology for contextual understanding of the physician  narrative to help improve accuracy.

Fluency Direct Brochure, PDF at p. 2, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure_Final.pdf.

> "Completely integrated into the physician clinical documentation process, M*Modal CAPD automates the identification of the most

> common documentation deficiencies and specificity queries in
> notes created via templates, typing and/or speech."

Fluency Direct With CAPD Brochure, PDF at p. 1, http://lhcc.ca/PDF/fluency/fluency-direct-with-capd-brochure.pdf.

      45.    Defendants and their customers utilizing the Accused CAPD Products perform the

step of "performing one of normalization, validation, and extraction of the input data stream."

For example, Defendants and their customers utilizing the Accused CAPD Products and Services

can analyze the information documented by the clinician about a patient encounter, and validate

the information to find deficiencies.  *See, e.g.*:

> Completely integrated into the physician clinical documentation
> process, M*Modal CAPD automates the identification of the most
> common documentation deficiencies and specificity queries in
> notes created via templates, typing and/or speech.

Fluency Direct With CAPD Brochure, PDF at p. 1, http://lhcc.ca/PDF/fluency/fluency-direct-with-capd-brochure.pdf.

> "[Fluency Direct with CAPD] Helps meet documentation needs
> related to ICD-9, ICD-10, CDI, Quality Reporting, ACOs, etc."

Fluency Direct With CAPD Brochure, PDF at p. 4, http://lhcc.ca/PDF/fluency/fluency-direct-with-capd-brochure.pdf.

> By utilizing the Computer-Assisted Physician Documentation
> (CAPD) functionality, M*Modal CDI Engage delivers real-time
> (as the physician dictates or types), automated feedback to
> clinicians in support of CDI, ICD-10 compliance and
> documentation best practices. M*Modal CDI Engage automates
> the identification of the most common documentation deficiencies
> and specificity queries in notes created via templates, typing and/or
> speech.  The M*Modal solution helps physicians adequately
> capture complexity, acuity and severity levels, etc., in real time and
> within the documentation workflow, before the note is even saved
> into the EHR.

M*Modal CDI Solutions Brochure, PDF at pgs 3-4, https://mmodal.com/wp-content/uploads/2016/02/MMO263-2015-CDI-Brochure-12.23.15-WEB.pdf.

46.     Defendants and their customers utilizing the Accused CAPD Products and Services perform the step of "processing the input data stream to identify latent information within the data stream that is required for generation of a particular report, wherein said processing of the input data stream to identify latent information comprises of identifying a relevant portion of the input data stream, bounding the relevant portion of the input data stream, identifying a predetermined class of information, and normalizing the relevant portion of the input data stream." For example, the Accused CAPD Products and Services process received data to identify latent information, such as the presence of information relevant to a particular diagnosis (*e.g.*, heart failure), in the input data stream. *See, e.g.*:



Fluency Direct With CAPD Brochure, PDF at p. 1, http://lhcc.ca/PDF/fluency/fluency-direct-with-capd-brochure.pdf.

> Fluency Direct provides the platform to also deliver content-based, clinically-driven feedback at the time of report creation with its built-in Computer-Assisted Physician Documentation (CAPD) functionality. Based on the M*Modal NLU platform, this game-changing capability continuously analyzes clinical narrative at the

time of its creation to identify and address incomplete or ambiguous documentation from a CDI, ICD-10 and/or clinical perspective.

Fluency Direct With CAPD Brochure, PDF at p. 3, http://lhcc.ca/PDF/fluency/fluency-direct-with-capd-brochure.pdf.

The suggested replacements are derived from a list of words detected with a phonetic similarity and in a similar context. Over time, information is gathered regarding the specific speech patterns of the dictator as well the context of words previously spoken. In this way, the system learns not only from annunciations, but also learns from the historical context of words used by the document author.

Fluency Direct Manual at 39, https://eapps.mbhs.org/downloads/mmodal/FD_UserManual.pdf.



Fluency Direct with CAPD https://www.youtube.com/watch?v=6cTv5JFJ2LA, at 0:50

Completely integrated into the physician clinical documentation process, M*Modal CAPD automates the identification of the most common documentation deficiencies and specificity queries in notes created via templates, typing and/or speech.  M*Modal CAPD then automatically generates feedback to the physician, asking for additional information or clarification when appropriate. By monitoring and improving documentation at the time of its creation, M*Modal helps physicians create higher-quality reports without compromising on workflow or productivity. Moreover, this automatic chart review helps educate physicians to document

> appropriately for clinical care, coding and compliance instead of
> merely generating interruptive alerts.

Fluency Direct With CAPD Brochure, PDF at p. 1, http://lhcc.ca/PDF/fluency/fluency-direct-with-capd-brochure.pdf.

47.     Upon information and belief,  the process the Accused CAPD Products and Services use to identify latent information includes the steps of identifying, bounding, and normalizing a relevant portion of the data stream, as well as identifying a predetermined class of information within it (such as information related to a heart failure diagnosis).

48.     These steps are reflected in the image below, depicting an instance where "heart failure" is detected and a warning message relating to the predetermined class of information (i.e. heart failure) is displayed on the screen:



MModal Fluency Direct with CAPD,  https://www.youtube.com/watch?v=6cTv5JFJ2LA, at 0:50

49.     These steps are also reflected in the ability of the Accused CAPD Products and Services to store old dictations and compares new dictations with the old dictations to check for accuracy using information stored based on a categorization scheme. *See, e.g.*:

> With Fluency Direct, the speech recognition experience of an individual physician is a combination of the collective experience of all M*Modal users and a physician's individually trained speech profile developed over time. M*Modal's approach combines both factorial modeling and deep neural networks (inspired by biological neural networks in animals), which allow the system to represent and model vastly different pronunciations and dictation patterns. This technical capability is paired with actual physician dictations that have been observed over a decade through our cloud-based deployment model. Previous dictations are used to build collective models that reflect the likely things that physicians dictate. While dictating, each utterance is compared to the collective model to validate statements for accuracy based on past documentation. The closer an utterance is to previously known documentation, the more accurate and timely the speech-to-text result returned to the user.

MModal Brochure on Speech Understanding Deep Learning, PDF at p. 1, https://mmodal.com/wp-content/uploads/2016/09/MModal-Deep-Learning-Fact-Sheet.pdf.

    50.    Defendants and their customers utilizing the Accused CAPD Products and Services perform the step of "activating a relevant report template based on the said identified latent information."  For example, the Accused CAPD Products and Services activate a relevant reporting template or standard that corresponds to the identified latent information (*e.g.*, heart failure/chest pain) and identify deficiencies or request further information from the practitioner based upon the specific requirements of that reporting template or standard.  *See, e.g.*:

> M*Modal CAPD then automatically generates feedback to the physician, asking for additional information or clarification when appropriate. By monitoring and improving documentation at the time of its creation, M*Modal helps physicians create higher-quality reports without compromising on workflow or productivity. Moreover, this automatic chart review helps educate physicians to document appropriately for clinical care, coding and compliance instead of merely generating interruptive alerts.

Fluency Direct With CAPD Brochure, PDF at p. 1, http://lhcc.ca/PDF/fluency/fluency-direct-with-capd-brochure.pdf.

> "[Fluency Direct with CAPD] Helps meet documentation needs related to ICD-9, ICD-10, CDI, Quality Reporting, ACOs, etc."

Fluency Direct With CAPD Brochure, PDF at p. 4, http://lhcc.ca/PDF/fluency/fluency-direct-with-capd-brochure.pdf.

> Dictation of free-form clinical narrative, which is automatically converted to text and inserted into the relevant/selected parts of the EHR/clinical application's documentation and database structure.

Fluency Direct Brochure, PDF at p. 5, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.



MModal Fluency Direct with CAPD https://www.youtube.com/watch?v=6cTv5JFJ2LA, at 0:50

51.    Defendants and their customers utilizing the Accused CAPD Products and Services perform the step of "populating said template with template-specified data."  For example, Defendants and their customers utilizing the Accused CAPD Products and Services are able to provide the information (missing information relating to latent information, such as "heart attack") which is then populated in the template.  *See, e.g.*:

> Dictation of free-form clinical narrative, which is automatically converted to text and inserted into the relevant/selected parts of the EHR/clinical application's documentation and database structure.

Fluency Direct Brochure, PDF at p. 5, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

52.    Defendants and their customers utilizing the Accused CAPD Products and

Services perform the step of "processing the template-specified data to generate a report."  For

example, the Accused CAPD Products and Services use the provided template-specific

information to generate a report.  *See, e.g.*:

> M*Modal Fluency Direct® is a next-generation, all-in-one speech
> recognition solution that enables physicians of any medical
> specialty to conversationally create, review, edit and sign clinical
> notes directly within EHR templates.

Fluency Direct Brochure, PDF at p. 2, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

> Dictation of free-form clinical narrative, which is automatically
> converted to text and inserted into the relevant/selected parts of the
> EHR/clinical application's documentation and database structure.

Fluency Direct Brochure, PDF at p. 5, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

> Creates higher-quality documentation: With the ability to deliver
> realtime physician feedback on documentation deficiencies at the
> time of reporting, it promotes the creation of more complete notes,
> sooner.

Fluency Direct Brochure, PDF at p. 7, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

53.    Defendants also induce infringement of the 946 Patent by their customers under 35

U.S.C. § 271(b) both by configuring the Accused CAPD Products to operate in a manner that

Defendants know infringe the 946 Patent and by encouraging their customers to use the Accused

CAPD Products in a manner Defendants know infringe the 946 Patent.  Defendants have had

knowledge of the 946 Patent since at least the filing of this lawsuit.  Defendants advertise that

they employ an "Adoption Services" team that "uses a combination of knowledge, skill, and

unique features available through M*Modal solutions to optimize usage."

https://mmodal.com/products-services/adoption-services/.  Defendants describe the "Adoption

Services" as "an in-house team of experts who are our 'boots on the ground', working at-the-

elbow with end users as well as working side-by-side with our Product Management and

Development organizations."  https://mmodal.com/products-services/adoption-services/.

Defendants further explain that "successful adoption and use of technology are only in part due to

the technology itself" and "[i]t is the human touch that ensures broad adoption."  *Id.*  Defendants

both encourage and instruct their customers to use the Accused CAPD Products in a manner that

infringes the 946 Patent.  *See, e.g.,* Adoption Services: In-House Team Committed to Utilization,

PDF at p. 1, https://mmodal.com/wp-content/uploads/2016/02/Adoption-Services-Product-Sheet-

8.7.14_WEB.pdf; Adoption Services: In-House Team Committed to Utilization, PDF at p. 2,

https://mmodal.com/wp-content/uploads/2016/02/Adoption-Services-Product-Sheet-

8.7.14_WEB.pdf.

54.     Defendants also contribute to infringement by their customers of the 946 Patent

under 35 U.S.C. § 271(c).  Defendants have had knowledge of the 946 Patent since at least the

filing of this lawsuit.  The Accused CAPD Products and Services are a material part of practicing

at least the methods of claim 1, have no substantial non-infringing uses, are not a staple article of

commerce, and are specially made and adapted for use in an infringing manner.  For example, the

Accused CAPD Products and Services are specially designed and intended to perform the method

of claim 1 by detecting latent information, providing the clinician with alerts regarding missing

information, and receiving the necessary information to complete and prepare reports.

**Claim for Relief – Infringement of the 158 Patent**

55.     Nuance incorporates by reference the allegations in paragraphs 1-54 above.

25

56.    The Accused CAPD Products and Services and/or the use of the Accused CAPD Products and Services by Defendants and their customers, directly infringe one or more claims of the 158 Patent (including at least claims 1 and 12) under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents. In addition, below are non-limiting examples based on information currently available to Nuance.

57.    Claim 1 of the 158 Patent states as follows:

1. A method of operating a document creation system, the system including a plurality of voice input stations and a server computer connected to exchange data signals with the voice input stations, the method comprising the steps of:

storing speech recognition software at one of the voice input stations;

logging on to said one of the voice input stations;

placing said one of the voice input stations in a training mode for training a speech recognition algorithm included in the stored speech recognition software;

dictating into said one of the voice input stations to generate speech signals;

analyzing the speech signals at the voice input station using the stored speech recognition software in the training mode to generate acoustic reference files applicable to a particular user; and

uploading the acoustic reference files from the voice input station to the server computer.

58.    Defendants and their customers utilizing the Accused CAPD Products and Services perform a "method of operating a document creation system, the system including a plurality of voice input stations and a server computer connected to exchange data signals with the voice input stations."  For example, Defendants and their customers utilizing the Accused CAPD Products and Services retrieve their speech profile on a number of different devices and perform

dictation at each of those devices.  Data signals, at least in the form of acoustic reference files, are

sent from Defendants' servers to the voice input stations before dictation occurs.  *See, e.g.*:

> Uniquely, the M*Modal single, enterprise speech platform enables users to utilize different speech options, all with the same cloud-hosted user profile which is shared across applications, workflows and devices. This means that a single, trained speech profile can be leveraged by several M*Modal solutions such as Fluency Direct™, Fluency for Imaging™, Fluency Flex™, Fluency Flex™ Mobile, Fluency for Transcription™ and third-party mobile applications. One profile allows all speech-enabled documentation methods to contribute to and benefit from each other's success. As you use traditional transcription, you are actually teaching Fluency Direct. As you use Fluency Direct and transcription, you are simultaneously making your mobile experience better. No additional training is required from physicians and they benefit from a consistent experience when switching back and forth between devices and workflows.

Fluency Direct Brochure, PDF at p. 3, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

59.    Defendants and their customers utilizing the Accused CAPD Products and

Services perform the step of "storing speech recognition software at one of the voice input

stations."  For example, Defendants and their customers utilizing the Accused CAPD Products

and Services store speech recognition software at the voice input stations in order to enable front-

end speech recognition.  *See, e.g.*:

> M*Modal Fluency Direct™ is a next-generation, all-in-one speech recognition solution that enables physicians  of any medical specialty to conversationally create, review, edit and sign clinical notes directly within EHR  templates. It leverages M*Modal Speech Understanding™, which is far more than just voice-to text technology  as it includes Natural Language Understanding (NLU) technology for contextual understanding of the physician  narrative to help improve accuracy.

Fluency Direct Brochure, PDF at p. 2, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

> A distinct advantage of using M*Modal Fluency Mobile™ is that it uses the same cloud-based M*Modal Speech Understanding™ technology powering all of our solutions. So you can easily and instantly use existing physician voice profiles for optimal accuracy. And there's no need to train the system—it already knows and recognizes your voice profile.
>
> WHAT IS M*MODAL FLUENCY MOBILE™?
> An app for mobile dictation that enables physicians to:
>
> Dictate to transcription, Self-edit recognized text, dictate using Front End Speech Recognition.

Fluency Mobile Brochure, PDF at pp. 1-2, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

> A single user voice profile in the cloud also allows all speech-enabled documentation methods, from multiple locations, to contribute to and benefit from each other's success. As one system such as Fluency Direct accesses the cloud, information is pulled, cached locally and continually kept up-to-date to facilitate a more accurate recognition process. As the system is employed, user activity is relayed back to the cloud so that insights can be gained, profiles updated and performance improved.

Fluency Direct: Speech Recognition in the Right Place, PDF at p. 1, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

> Fluency Direct runs on existing clinical workstations as a light Windows client application by connecting securely to cloud-based resources in M*Modal data centers. The client application captures speech through a microphone or headset and interacts with the EHR or other clinical applications to input the data into structured fields. This architecture allows Fluency Direct to perform recognition at the server or workstation—whichever is most efficient and effective. Automated installation eliminates the time-consuming task of upgrading many individual workstations. This unique architecture allows Fluency Direct to scale in virtualized environments and specifically supports Citrix XenApp®, Citrix XenDesktop®, Citrix XenClient®, Microsoft®  RemoteDesktop, Microsoft® RemoteApp and VMware® View.

Fluency Direct Brochure, PDF at p. 5, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

### Recognition Where it is Most Beneficial

While it makes sense to store and train user profiles in the cloud, it doesn't always make sense to do recognition there. Far superior than supposed "100% cloud-based" speech solutions, Fluency Direct can uniquely be configured to do recognition in the best "place" which, though situationally dependent, is typically as close to the physician as possible. Fluency Direct offers matchless flexibility with recognition location options to optimize performance, including:

- **Local Recognition**: Whether Fluency Direct is accessing the latest speech profile from the cloud or using a recently cached profile, the system can be configured to do speech processing on local workstation hardware. This approach delivers unparalleled reliability by leveraging local resources to protect against Internet outages.

Fluency Direct: Speech Recognition in the Right Place, PDF at p. 1, https://mmodal.com/wp-content/uploads/2016/09/MModal-Right-Place-Recognition-Fact-Sheet.pdf.

60.     Defendants and their customers utilizing the Accused CAPD Products perform the step of "logging on to said one of the voice input stations."  For example, the Accused CAPD Products and Services require users to log in so that the users may retrieve their unique profile, which aids in speech recognition.  *See, e.g.*:

> Uniquely, the M*Modal single, enterprise speech platform enables users to utilize different speech options, all with the same cloud-hosted user profile which is shared across applications, workflows and devices. This means that a single, trained speech profile can be leveraged by several M*Modal solutions such as Fluency Direct™, Fluency for Imaging™, Fluency Flex™, Fluency Flex™ Mobile, Fluency for Transcription™ and third-party mobile applications. One profile allows all speech-enabled documentation methods to contribute to and benefit from each other's success. As you use traditional transcription, you are actually teaching Fluency Direct. As you use Fluency Direct and transcription, you are simultaneously making your mobile experience better. No additional training is required from physicians and they benefit from a consistent experience when switching back and forth between devices and workflows.

Fluency Direct Brochure, PDF at p. 3, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

> The typical Fluency Direct workflow is as simple as it is effective. The M*Modal dictation application can be launched from any Windows®-based workstation or device. Whether launched as part of your single-sign-on solution or initiated via a single click on the desktop, Fluency Direct is available and ready to use in seconds.

Fluency Direct Brochure, PDF at p. 5, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.



**SIGN IN**

If you are signing in for the first time or if you have signed out, the Control Bar will be available for you to sign in. Enter your Login Name and Password and click the Sign In button to access Fluency Direct.



Fluency Direct User's Guide Version 7.85, PDF at p. 4, https://eapps.mbhs.org/downloads/mmodal/FD_UserManual.pdf.

61. Defendants and their customers utilizing the Accused CAPD Products and Services perform the step of "placing said one of the voice input stations in a training mode for training a speech recognition algorithm included in the stored speech recognition software." For example, Defendants and their customers utilizing the Accused CAPD Products and Services enter a training mode to train a speech profile that is unique to the user. *See, e.g.*:

> Uniquely, the M*Modal single, enterprise speech platform enables users to utilize different speech options, all with the same cloud-hosted user profile which is shared across applications, workflows and devices. This means that a single, trained speech profile can be leveraged by several M*Modal solutions such as Fluency Direct™, Fluency for Imaging™, Fluency Flex™, Fluency Flex™ Mobile, Fluency for Transcription™ and third-party mobile applications. One profile allows all speech-enabled documentation methods to contribute to and benefit from each other's success. As you use traditional transcription, you are actually teaching Fluency Direct. As you use Fluency Direct and transcription, you are simultaneously making your mobile experience better. No additional training is required from physicians and they benefit

from a consistent experience when switching back and forth between devices and workflows.

Fluency Direct Brochure, PDF at p. 3, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

### INITIAL EXPERIENCE

When signing into Fluency Direct for the first time, users will be prompted to perform the Initial Experience process. To begin the Initial Experience, click the Begin button. Users can choose to return to the Initial Experience Wizard at a later time, if desired. The entire Initial Experience should take less than five minutes to complete.



Fluency Direct User's Guide Version 7.85, PDF at p. 5, https://eapps.mbhs.org/downloads/mmodal/FD_UserManual.pdf.



Fluency Direct User's Guide Version 7.85, PDF at p. 7, https://eapps.mbhs.org/downloads/mmodal/FD_UserManual.pdf.

31

62.    Defendants and their customers utilizing the Accused CAPD Products and Services perform the step of "dictating into said one of the voice input stations to generate speech signals."  For example, Defendants and their customers utilizing the Accused CAPD Products and Services train their profiles by dictating a series of short paragraphs in order to create a profile associated with the user.  *See, e.g.*:



Fluency Direct User's Guide Version 7.85, PDF at p. 7,
https://eapps.mbhs.org/downloads/mmodal/FD_UserManual.pdf.

Once you are ready to train your profile, click the Begin button. The Profile Training screen will display a  series of paragraphs for you to read. As you complete each paragraph, the system will move to the next  one. You can also click OK to move on.



Fluency Direct User's Guide Version 7.85, PDF at p. 15,
https://eapps.mbhs.org/downloads/mmodal/FD_UserManual.pdf.

63.     Defendants and their customers utilizing the Accused CAPD Products and

Services perform the step of "analyzing the speech signals at the voice input station using the

stored speech recognition software in the training mode to generate acoustic reference files

applicable to a particular user."  For example, Defendants and their customers utilizing the

Accused CAPD Products and Services may train the voice recognition system locally.  *See, e.g.*:

> **PROFILE TRAINING**
> While Profile Training is not required to use Fluency Direct, it is
> highly recommended. Fluency  Direct learns your speech habits
> and nuances based on the amount of dictation that you present.
> Therefore, as you continually dictate, Fluency Direct will
> continually learn. Performing the Profile  Training will give you a
> head start on recognition issues and ensure that Fluency Direct
> returns  the most accurate results to you."

Fluency Direct User's Guide Version 7.85, PDF at p. 9,
https://eapps.mbhs.org/downloads/mmodal/FD_UserManual.pdf.

> A single user voice profile in the cloud also allows all speech-
> enabled documentation methods, from multiple locations, to
> contribute to and benefit from each other's success. As one system
> such as Fluency Direct accesses the cloud, information is pulled,
> cached locally and continually kept up-to-date to facilitate a more
> accurate recognition process. As the system is employed, user
> activity is relayed back to the cloud so that insights can be gained,
> profiles updated and performance improved.

Fluency Direct: Speech Recognition in the Right Place, PDF at p. 1, https://mmodal.com/wp-
content/uploads/2016/09/MModal-Right-Place-Recognition-Fact-Sheet.pdf.

> **Recognition Where it is Most Beneficial**
> While it makes sense to store and train user profiles in the cloud, it
> doesn't always make sense to do recognition there. Far superior
> than supposed "100% cloud-based" speech solutions, Fluency
> Direct can uniquely be configured to do recognition in the best
> "place" which, though situationally dependent, is typically as close
> to the physician as possible. Fluency Direct offers matchless
> flexibility with recognition location options to optimize
> performance, including:

- **Local Recognition**: Whether Fluency Direct is accessing the latest speech profile from the cloud or using a recently cached profile, the system can be configured to do speech processing on local workstation hardware. This approach delivers unparalleled reliability by leveraging local resources to protect against Internet outages.

Fluency Direct: Speech Recognition in the Right Place, PDF at p. 1, https://mmodal.com/wp-content/uploads/2016/09/MModal-Right-Place-Recognition-Fact-Sheet.pdf.

64.    Defendants and their customers utilizing the Accused CAPD Products and Services perform the step of "uploading the acoustic reference files from the voice input station to the server computer."  For example, Defendants and their customers utilizing the Accused CAPD Products and Services may perform speech training locally and then upload the user activity to the cloud where the speaker's speech profile is stored.  *See, e.g.*:

> Uniquely, the M*Modal single, enterprise speech platform enables users to utilize different speech options, all with the same cloud-hosted user profile which is shared across applications, workflows and devices. This means that a single, trained speech profile can be leveraged by several M*Modal solutions such as Fluency Direct™, Fluency for Imaging™, Fluency Flex™, Fluency Flex™ Mobile, Fluency for Transcription™ and third-party mobile applications. One profile allows all speech-enabled documentation methods to contribute to and benefit from each other's success. As you use traditional transcription, you are actually teaching Fluency Direct. As you use Fluency Direct and transcription, you are simultaneously making your mobile experience better. No additional training is required from physicians and they benefit from a consistent experience when switching back and forth between devices and workflows.

Fluency Direct Brochure, PDF at p. 3, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

> A single user voice profile in the cloud also allows all speech-enabled documentation methods, from multiple locations, to contribute to and benefit from each other's success. As one system such as Fluency Direct accesses the cloud, information is pulled, cached locally and continually kept up-to-date to facilitate a more accurate recognition process. As the system is employed, user activity is relayed back to the cloud so that insights can be gained, profiles updated and performance improved.

Fluency Direct: Speech Recognition in the Right Place, PDF at p. 1, https://mmodal.com/wp-content/uploads/2016/09/MModal-Right-Place-Recognition-Fact-Sheet.pdf.

65.    Claim 12 of the 158 Patent states as follows:

12. A method of generating a text document, comprising the steps of:

logging on to a voice input station connected to a server computer;

downloading acoustic reference files from the server computer to the voice input station, the downloaded acoustic reference files having been generated in a speech recognition training mode and being applicable to a particular author;

dictating into the voice input station to generate a voice data file; and

applying a speech recognition algorithm to the voice data file at the voice input station by using the downloaded acoustic reference files to generate a text document.

66.    Defendants and their customers utilizing the Accused CAPD Products and Services perform a "method of generating a text document." For example, Defendants and their customers utilizing the Accused CAPD Products and Services dictate speech to be converted into a text document through voice recognition. *See, e.g.*:

Uniquely, the M*Modal single, enterprise speech platform enables users to utilize different speech options, all with the same cloud-hosted user profile which is shared across applications, workflows and devices. This means that a single, trained speech profile can be leveraged by several M*Modal solutions such as Fluency Direct™, Fluency for Imaging™, Fluency Flex™, Fluency Flex™ Mobile, Fluency for Transcription™ and third-party mobile applications. One profile allows all speech-enabled documentation methods to contribute to and benefit from each other's success. As you use traditional transcription, you are actually teaching Fluency Direct. As you use Fluency Direct and transcription, you are simultaneously making your mobile experience better. No additional training is required from physicians and they benefit

from a consistent experience when switching back and forth between devices and workflows.

Fluency Direct Brochure, PDF at p. 3, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

By capturing spoken dictation and turning it into both text and structured data, Fluency Direct offers a high-accuracy, portable and secure speech solution so clinicians can simultaneously create rich patient information and documents that are interoperable with many systems and empower many users. It is a powerful solution that helps healthcare organizations and providers in meeting the goals of improved efficiency, EHR adoption, and high-quality clinical documentation.

Fluency Direct Brochure, PDF at p. 2, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

M*Modal Fluency Direct™ is a next-generation, all-in-one speech recognition solution that enables physicians of any medical specialty to conversationally create, review, edit and sign clinical notes directly within EHR templates. It leverages M*Modal Speech Understanding™, which is far more than just voice-to text technology as it includes Natural Language Understanding (NLU) technology for contextual understanding of the physician narrative to help improve accuracy.

Fluency Direct Brochure, PDF at p. 2, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

67.    Defendants and their customers utilizing the Accused CAPD Products and Services perform a step of "logging on to a voice input station connected to a server computer." For example, the Accused CAPD Products and Services require users to log in so that the users may retrieve their unique profile, which aids in improving speech recognition. *See* 158 Patent claim 1, *supra. See also, e.g.*:

Uniquely, the M*Modal single, enterprise speech platform enables users to utilize different speech options, all with the same cloud-hosted user profile which is shared across applications, workflows and devices. This means that a single, trained speech profile can be leveraged by several M*Modal solutions such as Fluency Direct™, Fluency for Imaging™, Fluency Flex™, Fluency Flex™ Mobile,

> Fluency for Transcription™ and third-party mobile applications.
> One profile allows all speech-enabled documentation methods to
> contribute to and benefit from each other's success. As you use
> traditional transcription, you are actually teaching Fluency Direct.
> As you use Fluency Direct and transcription, you are
> simultaneously making your mobile experience better. No
> additional training is required from physicians and they benefit
> from a consistent experience when switching back and forth
> between devices and workflows.

Fluency Direct Brochure, PDF at p. 3, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

> The typical Fluency Direct workflow is as simple as it is effective.
> The M*Modal dictation application can be launched from any
> Windows®-based workstation or device. Whether launched as part
> of your single-sign-on solution or initiated via a single click on the
> desktop, Fluency Direct is available and ready to use in seconds.

Fluency Direct Brochure, PDF at p. 5, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.



Fluency Direct User's Guide Version 7.85, PDF at p. 4, https://eapps.mbhs.org/downloads/mmodal/FD_UserManual.pdf.

68.     Defendants and their customers utilizing the Accused CAPD Products and

Services perform a step of "downloading acoustic reference files from the server computer to the

voice input station, the downloaded acoustic reference files having been generated in a speech

recognition training mode and being applicable to a particular author."  For example, Defendants

and their customers utilizing the Accused CAPD Products and Services may enter a speech

recognition training mode to generate acoustic reference files applicable to a particular user. *See*

claim 1, *supra*. In addition, Defendants and their customers utilizing the Accused CAPD Products

and Services may download the previously generated acoustic reference files to their devices to

perform speech recognition.  *See* 158 Patent claim 1, *supra. See also, e.g.*:

> A single user voice profile in the cloud also allows all speech-enabled documentation methods, from multiple locations, to contribute to and benefit from each other's success. As one system such as Fluency Direct accesses the cloud, information is pulled, cached locally and continually kept up-to-date to facilitate a more accurate recognition process. As the system is employed, user activity is relayed back to the cloud so that insights can be gained, profiles updated and performance improved.

Fluency Direct: Speech Recognition in the Right Place, PDF at p. 1, https://mmodal.com/wp-content/uploads/2016/09/MModal-Right-Place-Recognition-Fact-Sheet.pdf.

> **Recognition Where it is Most Beneficial**
> While it makes sense to store and train user profiles in the cloud, it doesn't always make sense to do recognition there. Far superior than supposed "100% cloud-based" speech solutions, Fluency Direct can uniquely be configured to do recognition in the best "place" which, though situationally dependent, is typically as close to the physician as possible. Fluency Direct offers matchless flexibility with recognition location options to optimize performance, including:
> - **Local Recognition**: Whether Fluency Direct is accessing the latest speech profile from the cloud or using a recently cached profile, the system can be configured to do speech processing on local workstation hardware. This approach delivers unparalleled reliability by leveraging local resources to protect against Internet outages.

*See* Fluency Direct: Speech Recognition in the Right Place, PDF at p. 1, https://mmodal.com/wp-content/uploads/2016/09/MModal-Right-Place-Recognition-Fact-Sheet.pdf.

> Fluency Direct runs on existing clinical workstations as a light Windows client application by connecting securely to cloud-based resources in M*Modal data centers. The client application captures speech through a microphone or headset and interacts with the EHR or other clinical applications to input the data into structured fields. This architecture allows Fluency Direct to perform recognition at the server or workstation—whichever is most efficient and effective. Automated installation eliminates the time-consuming task of upgrading many individual workstations. This

> unique architecture allows Fluency Direct to scale in virtualized environments and specifically supports Citrix XenApp®, Citrix XenDesktop®, Citrix XenClient®, Microsoft®  RemoteDesktop, Microsoft® RemoteApp and VMware® View.

Fluency Direct Brochure, PDF at p. 5, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

      69.    Defendants and their customers utilizing the Accused CAPD Products and

Services perform a step of "dictating into the voice input station to generate a voice data file."

For example, Defendants and their customers utilizing the Accused CAPD Products and Services

may dictate at a voice input station.  *See* 158 Patent claim 1, *supra.  See also, e.g.*:

> By capturing spoken dictation and turning it into both text and structured data, Fluency Direct offers a high-accuracy, portable and secure speech solution so clinicians can simultaneously create rich patient information and documents that are interoperable with many systems and empower many users. It is a powerful solution that helps healthcare organizations and providers in meeting the goals of improved efficiency, EHR adoption, and high-quality clinical documentation.

Fluency Direct Brochure, PDF at p. 2, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

> Fluency Direct runs on existing clinical workstations as a light Windows client application by connecting securely to cloud-based resources in M*Modal data centers. The client application captures speech through a microphone or headset and interacts with the EHR or other clinical applications to input the data into structured fields. This architecture allows Fluency Direct to perform recognition at the server or workstation—whichever is most efficient and effective. Automated installation eliminates the time-consuming task of upgrading many individual workstations. This unique architecture allows Fluency Direct to scale in virtualized environments and specifically supports Citrix XenApp®, Citrix XenDesktop®, Citrix XenClient®, Microsoft®  RemoteDesktop, Microsoft® RemoteApp and VMware® View.

Fluency Direct Brochure, PDF at p. 5, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

> M*Modal Fluency Direct™ is a next-generation, all-in-one speech recognition solution that enables physicians of any medical specialty to conversationally create, review, edit and sign clinical notes directly within EHR templates. It leverages M*Modal Speech Understanding™, which is far more than just voice-to text technology as it includes Natural Language Understanding (NLU) technology for contextual understanding of the physician narrative to help improve accuracy.

Fluency Direct Brochure, PDF at p. 2, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

70.     Defendants and their customers utilizing the Accused CAPD Products and Services perform a step of "applying a speech recognition algorithm to the voice data file at the voice input station by using the downloaded acoustic reference files to generate a text document." For example, Defendants and their customers utilizing the Accused CAPD Products and Services may use a downloaded custom profile to perform speech recognition at a voice input station to generate a text document. *See, e.g.*:

> Fluency Direct runs on existing clinical workstations as a light Windows client application by connecting securely to cloud-based resources in M*Modal data centers. The client application captures speech through a microphone or headset and interacts with the EHR or other clinical applications to input the data into structured fields. This architecture allows Fluency Direct to perform recognition at the server or workstation—whichever is most efficient and effective. Automated installation eliminates the time-consuming task of upgrading many individual workstations. This unique architecture allows Fluency Direct to scale in virtualized environments and specifically supports Citrix XenApp®, Citrix XenDesktop®, Citrix XenClient®, Microsoft® RemoteDesktop, Microsoft® RemoteApp and VMware® View.

Fluency Direct Brochure, PDF at p. 5, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

> A single user voice profile in the cloud also allows all speech-enabled documentation methods, from multiple locations, to contribute to and benefit from each other's success. As one system such as Fluency Direct accesses the cloud, information is pulled, cached locally and continually kept up-to-date to facilitate a more

accurate recognition process. As the system is employed, user
activity is relayed back to the cloud so that insights can be gained,
profiles updated and performance improved.

Fluency Direct: Speech Recognition in the Right Place, PDF at p. 1, https://mmodal.com/wp-content/uploads/2016/09/MModal-Right-Place-Recognition-Fact-Sheet.pdf.

### Recognition Where it is Most Beneficial
While it makes sense to store and train user profiles in the cloud, it
doesn't always make sense to do recognition there. Far superior
than supposed "100% cloud-based" speech solutions, Fluency
Direct can uniquely be configured to do recognition in the best
"place" which, though situationally dependent, is typically as close
to the physician as possible. Fluency Direct offers matchless
flexibility with recognition location options to optimize
performance, including:

- **Local Recognition**: Whether Fluency Direct is accessing
  the latest speech profile from the cloud or using a recently
  cached profile, the system can be configured to do speech
  processing on local workstation hardware. This approach
  delivers unparalleled reliability by leveraging local
  resources to protect against Internet outages.

Fluency Direct: Speech Recognition in the Right Place, PDF at p. 1, https://mmodal.com/wp-content/uploads/2016/09/MModal-Right-Place-Recognition-Fact-Sheet.pdf.

As a document-creation module within M*Modal Fluency for
Transcription™, M*Modal Fluency Flex gives physicians the
ability to use real-time, front-end speech recognition to either self-
edit documents or send them to transcription for review and
editing. With the self-edit option, physicians get immediate access
to the final report, which they can sign electronically and upload to
the facility's EHR when applicable. This real-time access to patient
information facilitates quick physician communication and
collaboration to improve quality of care.

Fluency Flex Brochure, PDF at p. 1, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Flex-Fact-Sheet.pdf.

71.    Defendants also induce infringement of the 158 Patent by their customers under 35

U.S.C. § 271(b) both by configuring the Accused CAPD Products to operate in a manner that

Defendants know infringe the 158 Patent and by encouraging their customers to use the Accused

CAPD Products in a manner Defendants know infringe the 158 Patent.  Defendants have had

knowledge of the 158 Patent since at least the filing of this lawsuit.  Defendants advertise that they employ an "Adoption Services" team that "uses a combination of knowledge, skill, and unique features available through M*Modal solutions to optimize usage."  *See* https://mmodal.com/products-services/adoption-services/. Defendants describe the "Adoption Services" as "an in-house team of experts who are our 'boots on the ground', working at-the-elbow with end users as well as working side-by-side with our Product Management and Development organizations."  https://mmodal.com/products-services/adoption-services/. Defendants further explain that "successful adoption and use of technology are only in part due to the technology itself" and "[i]t is the human touch that ensures broad adoption." *Id.*  Defendants both encourage and instruct their customers to use the Accused CAPD Products in a manner that infringes the 158 Patent. *See, e.g.,* Adoption Services: In-House Team Committed to Utilization, PDF at p. 1, https://mmodal.com/wp-content/uploads/2016/02/Adoption-Services-Product-Sheet-8.7.14_WEB.pdf; Adoption Services: In-House Team Committed to Utilization, PDF at p. 2, https://mmodal.com/wp-content/uploads/2016/02/Adoption-Services-Product-Sheet-8.7.14_WEB.pdf.

72.     Defendants also contribute to infringement by their customers of the 158 Patent under 35 U.S.C. § 271(c).  Defendants have had knowledge of the 158 Patent since at least the filing of this lawsuit.  The Accused CAPD Products and Services are a material part of practicing at least the methods of claim 1 and 12, have no substantial noninfringing uses, are not a staple article of commerce, and are specially made and adapted for use in an infringing manner.  For example, the Accused CAPD Products and Services are specially designed and intended to perform the method of claim 1 by storing speech recognition software and, after a speaker logs in, allowing a speaker to enter a training mode during which the speaker dictates and the speaker's

speech signals are analyzed to generate a speech profile that is uploaded to the cloud. Further, the Accused CAPD Products and Services are specially designed and intended to perform the method of claim 12 by allowing a speaker to log in, download the speaker's speech profile generated during a training mode, dictate speech to generate a voice data file, and generate a text document by applying a speech recognition algorithm to the voice data file using the downloaded speech profile.

### **Claim for Relief – Infringement of the 295 Patent**

73.    Nuance incorporates by reference the allegations in paragraphs 1-72 above.

74.    The Accused CAPD Products and Services and/or the use of the Accused CAPD Products and Services by Defendants and their customers directly infringe one or more claims of the 295 Patent (including at least claim 1) under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents. In addition, below are non-limiting examples based on information currently available to Nuance.

75.    Claim 1 of the 295 Patent states as follows:

1. A method of adapting a speech recognition system, wherein the method comprises steps of:

a. obtaining an identification of a speaker;

b. obtaining a sample of a speaker's speech during a first remote session;

c. recognizing the speaker's speech utilizing the speech recognition system during the first remote session;

d. modifying the speech recognition system by incorporating the sample into the speech recognition system thereby forming a speaker-specific modified speech recognition system;

e. storing a representation of the speaker-specific modified speech recognition system in association with the identification of the speaker; and

> f. using the representation of the speaker-specific modified
> speech recognition system to recognize speech during a
> subsequent remote session with the speaker.

76.    Defendants and their customers utilizing the Accused CAPD Products and

Services perform a "method of adapting a speech recognition system."  For example, the Accused

CAPD Products and Services continuously learn and improve speech recognition with use.  *See,*

*e.g.*,

> While a user's initial experience is based on the collective
> experience of all M*Modal users, the system further customizes to
> the individual user without any active user-driven activity or other
> training. This is possible because of the system's continuous
> learning process: the system adapts through observation and
> continuously improves by capturing the target user's specific
> pronunciation and dictation patterns. The collected information is
> combined with data derived from more than 200,000 other
> physician users. Ultimately, the system automatically builds a
> highly customized model for each individual user in addition to
> leveraging a collective model, resulting in game-changing, out-of-
> the-gate performance.

Fluency Direct Deep Learning Fact Sheet, PDF at p. 1, https://mmodal.com/wp-
content/uploads/2016/09/MModal-Deep-Learning-Fact-Sheet.pdf.

77.    On information and belief, Defendants and their customers utilizing the Accused

CAPD Products and Services perform the step of "a. obtaining an identification of a speaker." For

example, the Accused CAPD Products and Services require a user to log in so that the user may

retrieve a unique user profile, which aids in speech recognition.  *See* 158 Patent claims 1, 12,

*supra.  See also, e.g.*:

> Uniquely, the M*Modal single, enterprise speech platform enables
> users to utilize different speech options, all with the same cloud-
> hosted user profile which is shared across applications, workflows
> and devices. This means that a single, trained speech profile can be
> leveraged by several M*Modal solutions such as Fluency Direct™,
> Fluency for Imaging™, Fluency Flex™, Fluency Flex™ Mobile,
> Fluency for Transcription™ and third-party mobile applications.
> One profile allows all speech-enabled documentation methods to

contribute to and benefit from each other's success. As you use
traditional transcription, you are actually teaching Fluency Direct.
As you use Fluency Direct and transcription, you are
simultaneously making your mobile experience better. No
additional training is required from physicians and they benefit
from a consistent experience when switching back and forth
between devices and workflows.

Fluency Direct Brochure, PDF at p. 3, https://mmodal.com/wp-
content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

The typical Fluency Direct workflow is as simple as it is effective.
The M*Modal dictation application can be launched from any
Windows®-based workstation or device. Whether launched as part
of your single-sign-on solution or initiated via a single click on the
desktop, Fluency Direct is available and ready to use in seconds.

Fluency Direct Brochure, PDF at p. 5, https://mmodal.com/wp-
content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.



Fluency Direct User's Guide Version 7.85, PDF at p. 4,
https://eapps.mbhs.org/downloads/mmodal/FD_UserManual.pdf.

78.     Defendants and their customers utilizing the Accused CAPD Products and

Services perform the step of "b. obtaining a sample of a speaker's speech during a first remote

session."  For example, the Accused CAPD Products and Services can run remote sessions.

Specifically, voice input is obtained at a computing device local to the speaker, and speech

recognition can occur on a computing device at a remote location (e.g., a cloud server). During

the remote sessions, the Accused CAPD Products and Services obtain a sample of the speaker's

speech.  *See, e.g.*:

> By capturing spoken dictation and turning it into both text and structured data, Fluency Direct offers a high-accuracy, portable and secure speech solution so clinicians can simultaneously create rich patient information and documents that are interoperable with many systems and empower many users. It is a powerful solution that helps healthcare organizations and providers in meeting the goals of improved efficiency, EHR adoption, and high-quality clinical documentation.

Fluency Direct Brochure, PDF at p. 2, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

> Fluency Direct runs on existing clinical workstations as a light Windows client application by connecting securely to cloud-based resources in M*Modal data centers. The client application captures speech through a microphone or headset and interacts with the EHR or other clinical applications to input the data into structured fields. This architecture allows Fluency Direct to perform recognition at the server or workstation—whichever is most efficient and effective. Automated installation eliminates the time-consuming task of upgrading many individual workstations. This unique architecture allows Fluency Direct to scale in virtualized environments and specifically supports Citrix XenApp®, Citrix XenDesktop®, Citrix XenClient®, Microsoft®  RemoteDesktop, Microsoft® RemoteApp and VMware® View.

Fluency Direct Brochure, PDF at p. 5, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

79. Defendants and their customers utilizing the Accused CAPD Products and Services perform the step of "c. recognizing the speaker's speech utilizing the speech recognition system during the first remote session." For example, the Accused CAPD Products and Services can run remote sessions, during which the speaker's speech is recognized using a speech recognition system. *See, e.g.*:

> By capturing spoken dictation and turning it into both text and structured data, Fluency Direct offers a high-accuracy, portable and secure speech solution so clinicians can simultaneously create rich patient information and documents that are interoperable with many systems and empower many users. It is a powerful solution that helps healthcare organizations and providers in meeting the

> goals of improved efficiency, EHR adoption, and high-quality
> clinical documentation.

Fluency Direct Brochure, PDF at p. 2, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

> Fluency Direct runs on existing clinical workstations as a light
> Windows client application by connecting securely to cloud-based
> resources in M*Modal data centers. The client application captures
> speech through a microphone or headset and interacts with the
> EHR or other clinical applications to input the data into structured
> fields. This architecture allows Fluency Direct to perform
> recognition at the server or workstation—whichever is most
> efficient and effective. Automated installation eliminates the time-
> consuming task of upgrading many individual workstations. This
> unique architecture allows Fluency Direct to scale in virtualized
> environments and specifically supports Citrix XenApp®, Citrix
> XenDesktop®, Citrix XenClient®, Microsoft®  RemoteDesktop,
> Microsoft® RemoteApp and VMware® View."

Fluency Direct Brochure, PDF at p. 5, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure_Final.pdf.

80.     Defendants and their customers utilizing the Accused CAPD Products and Services perform the step of "d. modifying the speech recognition system by incorporating the sample into the speech recognition system thereby forming a speaker-specific modified speech recognition system."  For example, the Accused CAPD Products and Services modify the speech recognition system with use to form a speaker-specific modified speech recognition system. The Accused CAPD Products and Services accomplish this by incorporating a sample of the speaker's speech into the speech recognition system.  *See, e.g.*:

> While a user's initial experience is based on the collective
> experience of all M*Modal users, the system further customizes to
> the individual user without any active user-driven activity or other
> training. This is possible because of the system's continuous
> learning process: the system adapts through observation and
> continuously improves by capturing the target user's specific
> pronunciation and dictation patterns. The collected information is
> combined with data derived from more than 200,000 other
> physician users. Ultimately, the system automatically builds a

> highly customized model for each individual user in addition to
> leveraging a collective model, resulting in game-changing, out-of-
> the-gate performance.

Fluency Direct Deep Learning Fact Sheet, PDF at p. 1, https://mmodal.com/wp-
content/uploads/2016/09/MModal-Deep-Learning-Fact-Sheet.pdf.

> What distinguishes M*Modal Speech Understanding™ from basic
> speech recognition:
> …
> - Automatic and continuous learning system

https://mmodal.com/resources/articles/speech-understanding/.

> A single user voice profile in the cloud also allows all speech-
> enabled documentation methods, from multiple locations, to
> contribute to and benefit from each other's success. As one system
> such as Fluency Direct accesses the cloud, information is pulled,
> cached locally and continually kept up-to-date to facilitate a more
> accurate recognition process. As the system is employed, user
> activity is relayed back to the cloud so that insights can be gained,
> profiles updated and performance improved.

Fluency Direct: Speech Recognition in the Right Place, PDF at p. 1, https://mmodal.com/wp-
content/uploads/2016/09/MModal-Right-Place-Recognition-Fact-Sheet.pdf.

81.    Defendants and their customers utilizing the Accused CAPD Products and

Services perform the step of "e. storing a representation of the speaker-specific modified speech

recognition system in association with the identification of the speaker."  For example,

Defendants and their customers utilizing the Accused CAPD Products and Services store a

representation of the speaker-specific modified speech recognition system in association with the

identification of the speaker.  *See, e.g.*:

> A single, cloud-hosted voice profile allows clinicians to dictate
> into their EHR from anywhere, any device, and any care setting.
> By providing physicians greater flexibility and portability in
> choosing appropriate workflows and devices, Fluency Direct frees
> up more time for patient care.

https://mmodal.com/products-services/fluency-direct/#personalization.

48

> Uniquely, the M*Modal single, enterprise speech platform enables users to utilize different speech options, all with the same cloud-hosted user profile which is shared across applications, workflows and devices. This means that a single, trained speech profile can be leveraged by several M*Modal solutions such as Fluency Direct™, Fluency for Imaging™, Fluency Flex™, Fluency Flex™ Mobile, Fluency for Transcription™ and third-party mobile applications. One profile allows all speech-enabled documentation methods to contribute to and benefit from each other's success. As you use traditional transcription, you are actually teaching Fluency Direct. As you use Fluency Direct and transcription, you are simultaneously making your mobile experience better. No additional training is required from physicians and they benefit from a consistent experience when switching back and forth between devices and workflows.

Fluency Direct Brochure, PDF at p. 3, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

82. Defendants and their customers utilizing the Accused CAPD Products and Services perform the step of "f. using the representation of the speaker-specific modified speech recognition system to recognize speech during a subsequent remote session with the speaker." For example, Defendants and their customers utilizing the Accused CAPD Products and Services use a speaker's cloud-hosted profile to recognize speech during a subsequent remote session with the speaker. *See, e.g.*:

> Uniquely, the M*Modal single, enterprise speech platform enables users to utilize different speech options, all with the same cloud-hosted user profile which is shared across applications, workflows and devices. This means that a single, trained speech profile can be leveraged by several M*Modal solutions such as Fluency Direct™, Fluency for Imaging™, Fluency Flex™, Fluency Flex™ Mobile, Fluency for Transcription™ and third-party mobile applications. One profile allows all speech-enabled documentation methods to contribute to and benefit from each other's success. As you use traditional transcription, you are actually teaching Fluency Direct. As you use Fluency Direct and transcription, you are simultaneously making your mobile experience better. No additional training is required from physicians and they benefit from a consistent experience when switching back and forth between devices and workflows.

Fluency Direct Brochure, PDF at p. 3, https://mmodal.com/wp-content/uploads/2016/02/MModal-Fluency-Direct-Brochure-0617.pdf.

83.    Defendants also induce infringement of the 295 Patent by their customers under 35 U.S.C. § 271(b) both by configuring the Accused CAPD Products and Services to operate in a manner that Defendants know infringe the 295 Patent and by encouraging their customers to use the Accused CAPD Products in a manner Defendants know infringe the 295 Patent.  Defendants have had knowledge of the 295 Patent since at least the filing of this lawsuit.  Defendants advertise that they employ an "Adoption Services" team that "uses a combination of knowledge, skill, and unique features available through M*Modal solutions to optimize usage."  *See* https://mmodal.com/products-services/adoption-services/.  Defendants describe the "Adoption Services" as "an in-house team of experts who are our 'boots on the ground', working at-the-elbow with end users as well as working side-by-side with our Product Management and Development organizations."  *See*  https://mmodal.com/products-services/adoption-services/. Defendants further explain that "successful adoption and use of technology are only in part due to the technology itself" and "[i]t is the human touch that ensures broad adoption."  *Id.*  Defendants both encourage and instruct their customers to use the Accused CAPD Products in a manner that infringes the 295 Patent.  *See, e.g.,* Adoption Services: In-House Team Committed to Utilization, PDF at p. 1, https://mmodal.com/wp-content/uploads/2016/02/Adoption-Services-Product-Sheet-8.7.14_WEB.pdf; Adoption Services: In-House Team Committed to Utilization, PDF at p. 2, https://mmodal.com/wp-content/uploads/2016/02/Adoption-Services-Product-Sheet-8.7.14_WEB.pdf.

84.    Defendants also contribute to infringement by their customers of the 295 Patent under 35 U.S.C. § 271(c).  Defendants both encourage and instruct their customers to use the

Accused CAPD Products in a manner that infringes the 295 Patent.  The Accused CAPD Products

and Services are a material part of practicing at least the method of claim 1, have no substantial

noninfringing uses, are not a staple article of commerce, and are specially made and adapted for

use in an infringing manner.  For example, the Accused CAPD Products and Services are

specially designed and intended to perform the claimed method by obtaining a speaker

identification and a sample of a speaker's speech during a first remote session, recognizing the

speaker's speech during the first remote session, modifying the speaker's speech profile using the

obtained sample, storing the modified speaker's speech profile, and using the modified speaker's

speech profile to recognize speech during a subsequent remote session.

### Claim for Relief – Infringement of the 933 Patent

85.    Nuance incorporates by reference the allegations in paragraphs 1-84 above.

86.    The Accused Transcription Editing Programs and Services and/or the use of the

Accused Transcription Editing Programs and Services by Defendants and their customers directly

infringe one or more claims of the 933 Patent (including at least claim 9) under 35 U.S.C. §

271(a), either literally or under the doctrine of equivalents. In addition, below are non-limiting

examples based on information currently available to Nuance.

87.    Claim 9 of the 933 Patent states as follows:

> 9. A correction method (16) for the correction of incorrect words in
> text information (ETI) recognized by a speech recognition device
> (1) from speech information (SD), in which the following method
> steps are executed:
>
> > reception of the speech information (SD), the associated
> > recognized text information (ETI) and link information (LI),
> > which marks the part of the speech information (SD) at which
> > the word was recognized by the speech recognition device (1)
> > for each word of the recognized text information (ETI);
> >
> > allowing a synchronous playback mode, in which, during the
> > acoustic playback of the speech information (SD) the word of

the recognized text information (ETI), which word is marked
by the link information (LI) for the speech information (SD)
just played back is marked synchronously, while the word just
marked features the position of an audio cursor (AC);

editing of the incorrect word with a text cursor (TC) according
to editing information (EI) entered by a user, the editing of the
incorrect word being possible with the synchronous playback
mode activated in the correction device (10).

88.    Defendants and their customers utilizing the Accused Transcription Editing

Programs and Services perform a "correction method (16) for the correction of incorrect words in

text information (ETI) recognized by a speech recognition device (1) from speech information

(SD)."  For example, Defendants' AnyModal Editor and DocQSpeech software programs allow

transcriptionists to correct transcriptions obtained from a speech recognition device:

The AnyModal Editor is a third party editor developed by
M*Modal and is used for transcribing or editing dictators using
the Emdat ShadowScribe system ... This is achieved by creating
machine transcribed documents, or drafts, that are edited instead of
typed from scratch. Since you are not typing the job from scratch,
and you can read faster than type, you can be more efficient
reading over what is correct and editing what is not correct.

Using the AnyModal Editor, A Guide for the Medical Transcription Editor (MTE), at 3 (Sep.
2013) ("AnyModal Editor Guide").

In some cases, you may be editing content[:] changing words,
phrases, or sentences that may be misrecognized or misspoken by
the clinician.

AnyModal Editor Guide at 7.

***Audio Highlight Settings and Usage:***

The following are personal preference settings which remain the same until changed by the transcriptionist:

| Feature | Function |
|---|---|
| **Show audio highlight** | A yellow highlight moves through the text as the audio plays. This recommended setting is enabled by default.<br>✗   Deactivate if audio and text are not synchronized. |
| **Cursor tracking** | Moves the cursor to the current audio position when playback is stopped. This setting is disabled by default. |
| **Auto select demographics text when closing ADT dialog** | Automatically highlights text from the start of the dictation to the current audio position when the Demographics/ADT screen is closed for the first time. This recommended setting is enabled by default. |
| **Stop on edit** | Audio stops upon inserting a character, QA marker, or pressing the Backspace or Delete key. This setting is enabled by default.<br>✗   This setting does not permit simultaneous playback and editing. |

MM DocQspeech for Medical Editors QRC.pdf at p. 1 (July 2012).

89.     Defendants and their customers utilizing the Accused Transcription Editing Programs and Services perform the step of "reception of the speech information (SD), the associated recognized text information (ETI) and link information (LI), which marks the part of the speech information (SD) at which the word was recognized by the speech recognition device (1) for each word of the recognized text information (ETI)." For example, Defendants' AnyModal Editor and DocQSpeech software programs receive speech information and text information that enables a transcriptionist to listen to the audio recording (i.e., the speech information) while reading the transcription (i.e., the text information). In addition, Defendants' AnyModal Editor and DocQSpeech software programs also include link information that marks the part of the speech information for each word of the recognized text information because the software programs highlight each word in the text information as the speech information is played back.

*See, e.g.*:

> When you edit, you read, listen, and review the transcription of a machine … When you edit, the words you hear are already converted into text.

AnyModal Editor Guide at 4.

> Once you feel proficient with navigation and editing shortcuts, and can do some editing without stopping the audio, you can introduce the Playback Highlighter. This feature has several different functions to help increase your efficiency even further. First, it allows your eyes to follow along with each word as it is played at a particular moment. Second, when used with the Attach Selection to Playback Highlighter option, it keeps your cursor moving with the text so you can navigate more efficiently, allowing you to keep your edit cursor close when an edit is identified.

AnyModal Editor Guide at 13.

> The playback highlighter is a feature of AnyModal Editor. As the audio plays, the highlighter will automatically move from word to word as the speaker dictates.

AnyModal Editor Guide at 22.

> WHAT IS THE PLAYBACK HIGHLIGHTER?
> The playback highlighter is a feature of AnyModal Editor. As the audio plays, the highlighter will automatically move from word to word as the speaker dictates.

AnyModal Editor Guide at 22.

**Audio Highlight Settings and Usage:**

The following are personal preference settings which remain the same until changed by the transcriptionist:

| Feature | Function |
|---|---|
| Show audio highlight | A yellow highlight moves through the text as the audio plays. This recommended setting is enabled by default.<br>✖ Deactivate if audio and text are not synchronized. |
| Cursor tracking | Moves the cursor to the current audio position when playback is stopped. This setting is disabled by default. |
| Auto select demographics text when closing ADT dialog | Automatically highlights text from the start of the dictation to the current audio position when the Demographics/ADT screen is closed for the first time. This recommended setting is enabled by default. |
| Stop on edit | Audio stops upon inserting a character, QA marker, or pressing the Backspace or Delete key. This setting is enabled by default.<br>✖ This setting does not permit simultaneous playback and editing. |

MM DocQspeech for Medical Editors QRC.pdf at p. 1 (July 2012).

90.    Defendants and their customers utilizing the Accused Transcription Editing Programs and Services perform the step of "allowing a synchronous playback mode, in which, during the acoustic playback of the speech information (SD) the word of the recognized text information (ETI), which word is marked by the link information (LI) for the speech information (SD) just played back is marked synchronously, while the word just marked features the position of an audio cursor (AC)." For example, Defendants' AnyModal Editor and DocQSpeech software programs include a synchronous playback mode that synchronously marks the word of the recognized text information with a playback highlighter (i.e., an audio cursor) as the speech information is played back. *See, e.g.*:

> Lastly, you will notice the playback highlighter (see next screen shot). The purpose of the highlighter is to give you a visual reference point of where the playback is in relation to the text.

AnyModal Editor Guide at 5.

> Once you feel proficient with navigation and editing shortcuts, and can do some editing without stopping the audio, you can introduce the Playback Highlighter. This feature has several different functions to help increase your efficiency even further. First, it allows your eyes to follow along with each word as it is played at a particular moment, which can help you listen and read more efficiently. Second, when used with the Attach Selection to Playback Highlighter option, it keeps your cursor moving with the text so you can navigate more efficiently, allowing you to keep your edit cursor close when an edit is identified.

AnyModal Editor Guide at 13.

> WHAT IS THE PLAYBACK HIGHLIGHTER?
> The playback highlighter is a feature of AnyModal Editor. As the audio plays, the highlighter will automatically move from word to word as the speaker dictates.

AnyModal Editor Guide at 22.



AnyModal Editor Guide at 6.

**Audio Highlight Settings and Usage:**

The following are personal preference settings which remain the same until changed by the transcriptionist:

| Feature | Function |
|---|---|
| **Show audio highlight** | A yellow highlight moves through the text as the audio plays. This recommended setting is enabled by default.<br>❌ Deactivate if audio and text are not synchronized. |
| **Cursor tracking** | Moves the cursor to the current audio position when playback is stopped. This setting is disabled by default. |
| **Auto select demographics text when closing ADT dialog** | Automatically highlights text from the start of the dictation to the current audio position when the Demographics/ADT screen is closed for the first time. This recommended setting is enabled by default. |
| **Stop on edit** | Audio stops upon inserting a character, QA marker, or pressing the Backspace or Delete key. This setting is enabled by default.<br>❌ This setting does not permit simultaneous playback and editing. |

*See* MM DocQspeech for Medical Editors QRC.pdf at p. 1 (July 2012).

91.    Defendants and their customers utilizing the Accused Transcription Editing Programs and Services perform the step of "editing of the incorrect word with a text cursor (TC) according to editing information (EI) entered by a user, the editing of the incorrect word being possible with the synchronous playback mode activated in the correction device (10)."  For example, AnyModal Editor allows the transcriptionist to edit an incorrect word using an edit cursor (*i.e.*, text cursor) during synchronous playback mode based on information entered by the user.  On information and belief, DocQSpeech also includes a setting that can be activated that allows editing during synchronous playback mode. *See, e.g.*:

> Second, when used with the Attach Selection to Playback
> Highlighter option, it keeps your cursor moving with the text so

> you can navigate more efficiently, allowing you to keep your edit
> cursor close when an edit is identified …

AnyModal Editor Guide at 10.

> Once you feel proficient with navigation and editing shortcuts, and
> can do some editing without stopping the audio, you can introduce
> the Playback Highlighter…. if you can make the edit while the
> playback is going then the highlighter will continue to move
> forward …

AnyModal Editor Guide at 13.

> In the example below…you see that "oxacillin" (outlined in red)
> does not look right. To make the edit, you…separate your cursor
> from the attached selection playback highlighter…navigate to the
> word "oxacillin", and add the letters "di" to make it dioxacillin.

AnyModal Editor Guide at 15.

**Audio Highlight Settings and Usage:**

The following are personal preference settings which remain the same until changed by the
transcriptionist:

| Feature | Function |
|---|---|
| Show audio highlight | A yellow highlight moves through the text as the audio plays.  This recommended setting is enabled by default.<br>✘   Deactivate if audio and text are not synchronized. |
| Cursor tracking | Moves the cursor to the current audio position when playback is stopped. This setting is disabled by default. |
| Auto select demographics text when closing ADT dialog | Automatically highlights text from the start of the dictation to the current audio position when the Demographics/ADT screen is closed for the first time.  This recommended setting is enabled by default. |
| Stop on edit | Audio stops upon inserting a character, QA marker, or pressing the Backspace or Delete key.  This setting is enabled by default.<br>✘   This setting does not permit simultaneous playback and editing. |

MM DocQspeech for Medical Editors QRC.pdf at p. 1 (July 2012).

92.    Defendants also induce infringement of the 933 Patent by their customers under 35

U.S.C. § 271(b) both by configuring the Accused Transcription Editing Programs and Services to

operate in a manner that Defendants know infringe the 933 Patent and by encouraging and

instructing customers to use Defendants Accused Transcription Editing Programs and Services in

a manner Defendants know infringe the 933 Patent. Defendants have had knowledge of the 933

Patent since at least the filing of this lawsuit.  Defendants advertise that customers "can choose between internal transcription, outsourced domestic/global transcription, or a combination of the two." *See* https://mmodal.com/products-services/.  Defendants further advertise in connection with their Transcription Services that they provide "Customer Relationship Managers dedicated to your organization [that] will be carefully selected from [their] ranks" and that, "supported by [Defendants'] dedicated IT staff and responsive leadership organization, they will be there to hold your hand every step of the way."  *See* https://mmodal.com/products-services/transcription-services/.  *See also* https://mmodal.com/resources/white-papers/outsourcing-and-clinical-documentation/ ("As the nation's largest clinical documentation outsourcing company, M*Modal has helped an array of healthcare organizations outsource transcription. We have distilled this accumulated knowledge into four key considerations in pursuit of best practices in this area. These considerations establish a structured approach and promote benefits across the organization.").  Defendants also provide customers with user manuals and training that instruct customers on how to use the Accused Transcription Editing Programs and Services in a manner that Defendants know infringe the 933 Patent.  *See, e.g.,* MM DocQspeech for Medical Editors QRC.pdf at p. 1 (July 2012); Using the AnyModal Editor, A Guide for the Medical Transcription Editor (MTE) (Sep. 2013); DocQscribe 7.1 Keyboard Shortcuts at 5 (June 2012).

93.    Defendants also contribute to infringement by their customers of the 933 Patent under 35 U.S.C. § 271(c).  Defendants have had knowledge of the 933 Patent since at least the filing of this lawsuit.  The Accused Transcription Editing Programs and Services are a material part of practicing at least the method of claim 9, have no substantial noninfringing uses, are not a staple article of commerce, and are specially made and adapted for use in an infringing manner.  For example, the Accused Transcription Editing Programs and Services are specially designed

and intended to perform the claimed method by receiving linked speech and text information and providing an audio and text cursor, wherein the text cursor may be used to edit incorrect words during playback.

## **Claim for Relief – Infringement of the 034 Patent**

94.     Nuance incorporates by reference the allegations in paragraphs 1-93 above.

95.     The Accused Transcription Editing Programs and Services and/or the use of the Accused Transcription Editing Programs and Services by Defendants and their customers directly infringe one or more claims of the 034 Patent (including at least claim 8) under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents.  In addition, below are non-limiting examples based on information currently available to Nuance.

96.     Claim 8 of the 034 Patent states as follows:

8. A method of assisting in correcting text information recognized by a speech recognition device from speech information, the method comprising:

receiving the speech information, the text information recognized from the speech information, and link information that associates portions of the text information with portions of the speech information from which the portions of the text information were recognized by the speech recognition device;

providing an audio cursor for display during acoustic playback of the speech information, the audio cursor highlighting portions of the text information synchronous with the playback of the speech information according to associations provided by the link information such that, when displayed to the user, the audio cursor highlights the portions of the text information as the associated portions of the speech information are being acoustically played back; and

providing a text cursor for display to facilitate editing the text information, the text cursor indicating a position in the text information where at least one edit will be performed upon receiving editing information entered by the user; and

automatically synchronizing the text cursor and the audio
cursor, wherein automatically synchronizing the text cursor and
the audio cursor comprises automatically positioning the text
cursor at a predetermined position relative to a location of the
audio cursor and automatically moving the location of the text
cursor synchronous with the movement of the audio cursor
during the acoustic playback until an editing operation is
performed.

97.    Defendants and their customers utilizing the Accused Transcription Editing

Programs and Services perform a "method of assisting in correcting text information recognized

by a speech recognition device from speech information."  For example, Defendants' AnyModal

Editor and DocQSpeech software programs allow transcriptionists to correct transcriptions

obtained from a speech recognition device.  *See* 933 Patent Claim 9, *supra. See also, e.g.*:

The AnyModal Editor is a third party editor developed by
M*Modal and is used for transcribing or editing dictators using the
Emdat ShadowScribe system … This is achieved by creating
machine transcribed documents, or drafts, that are edited instead of
typed from scratch. Since you are not typing the job from scratch,
and you can read faster than type, you can be more efficient
reading over what is correct and editing what is not correct.

*See* AnyModal Editor Guide at 3.

In some cases, you may be editing content[:] changing words,
phrases, or sentences that may be misrecognized or misspoken by
the clinician.

AnyModal Editor Guide at 7.

***Audio Highlight Settings and Usage:***

The following are personal preference settings which remain the same until changed by the transcriptionist:

| Feature | Function |
|---|---|
| **Show audio highlight** | A yellow highlight moves through the text as the audio plays.  This recommended setting is enabled by default.<br>✖   Deactivate if audio and text are not synchronized. |
| **Cursor tracking** | Moves the cursor to the current audio position when playback is stopped.  This setting is disabled by default. |
| **Auto select demographics text when closing ADT dialog** | Automatically highlights text from the start of the dictation to the current audio position when the Demographics/ADT screen is closed for the first time.  This recommended setting is enabled by default. |
| **Stop on edit** | Audio stops upon inserting a character, QA marker, or pressing the Backspace or Delete key.  This setting is enabled by default.<br>✖   This setting does not permit simultaneous playback and editing. |

*See* MM DocQspeech for Medical Editors QRC.pdf at p. 1 (July 2012).

98.    Defendants and their customers utilizing the Accused Transcription Editing Programs and Services perform the step of "receiving the speech information, the text information recognized from the speech information, and link information that associates portions of the text information with portions of the speech information from which the portions of the text information were recognized by the speech recognition device."  For example, AnyModal Editor and DocQSpeech receive speech information and text information that enable a transcriptionist to listen to the audio recording (i.e., the speech information) while reading the transcription (i.e., the text information).  In addition, Defendants' AnyModal Editor and DocQSpeech software programs also include link information that associate portions of the text information with portions of the speech information because the software programs highlight each word in the text information as the speech information is played back.  *See* 933 Patent Claim 9, *supra. See also, e.g.*:

> When you edit, you read, listen, and review the transcription of a machine … When you edit, the words you hear are already converted into text.

AnyModal Editor Guide at 4.

> Once you feel proficient with navigation and editing shortcuts, and can do some editing without stopping the audio, you can introduce the Playback Highlighter. This feature has several different functions to help increase your efficiency even further. First, it allows your eyes to follow along with each word as it is played at a particular moment. Second, when used with the Attach Selection to Playback Highlighter option, it keeps your cursor moving with the text so you can navigate more efficiently, allowing you to keep your edit cursor close when an edit is identified.

AnyModal Editor Guide at 13.

> The playback highlighter is a feature of AnyModal Editor. As the audio plays, the highlighter will automatically move from word to word as the speaker dictates.

AnyModal Editor Guide at 22.

> WHAT IS THE PLAYBACK HIGHLIGHTER?
> The playback highlighter is a feature of AnyModal Editor. As the audio plays, the highlighter will automatically move from word to word as the speaker dictates.

AnyModal Editor Guide at 22.

*Audio Highlight Settings and Usage:*

The following are personal preference settings which remain the same until changed by the transcriptionist:

| Feature | Function |
|---|---|
| Show audio highlight | A yellow highlight moves through the text as the audio plays.  This recommended setting is enabled by default.<br>✗    Deactivate if audio and text are not synchronized. |
| Cursor tracking | Moves the cursor to the current audio position when playback is stopped.  This setting is disabled by default. |
| Auto select demographics text when closing ADT dialog | Automatically highlights text from the start of the dictation to the current audio position when the Demographics/ADT screen is closed for the first time.  This recommended setting is enabled by default. |
| Stop on edit | Audio stops upon inserting a character, QA marker, or pressing the Backspace or Delete key.  This setting is enabled by default.<br>✗    This setting does not permit simultaneous playback and editing. |

MM DocQspeech for Medical Editors QRC.pdf at p. 1 (July 2012).

99.    Defendants and their customers utilizing the Accused Transcription Editing Programs and Services perform the step of "providing an audio cursor for display during acoustic playback of the speech information, the audio cursor highlighting portions of the text information synchronous with the playback of the speech information according to associations provided by the link information such that, when displayed to the user, the audio cursor highlights the portions of the text information as the associated portions of the speech information are being acoustically played back."  For example, AnyModal Editor and DocQSpeech include a synchronous playback mode that synchronously marks the word of the recognized text information with a playback highlighter (i.e., an audio cursor) as the speech information is played back.  *See* 933 Patent Claim 9.  *See also, e.g.*:

> Lastly, you will notice the playback highlighter (see next screen shot). The purpose of the highlighter is to give you a visual reference point of where the playback is in relation to the text.

AnyModal Editor Guide at 5.

Once you feel proficient with navigation and editing shortcuts, and can do some editing without stopping the audio, you can introduce the Playback Highlighter. This feature has several different functions to help increase your efficiency even further. First, it allows your eyes to follow along with each word as it is played at a particular moment, which can help you listen and read more efficiently. Second, when used with the Attach Selection to Playback Highlighter option, it keeps your cursor moving with the text so you can navigate more efficiently, allowing you to keep your edit cursor close when an edit is identified.

AnyModal Editor Guide at 13.

WHAT IS THE PLAYBACK HIGHLIGHTER?
The playback highlighter is a feature of AnyModal Editor. As the audio plays, the highlighter will automatically move from word to word as the speaker dictates.

AnyModal Editor Guide at 22.



AnyModal Editor Guide at 6.

**Audio Highlight Settings and Usage:**

The following are personal preference settings which remain the same until changed by the transcriptionist:

| Feature | Function |
|---|---|
| **Show audio highlight** | A yellow highlight moves through the text as the audio plays. This recommended setting is enabled by default.<br>✖ Deactivate if audio and text are not synchronized. |
| **Cursor tracking** | Moves the cursor to the current audio position when playback is stopped. This setting is disabled by default. |
| **Auto select demographics text when closing ADT dialog** | Automatically highlights text from the start of the dictation to the current audio position when the Demographics/ADT screen is closed for the first time. This recommended setting is enabled by default. |
| **Stop on edit** | Audio stops upon inserting a character, QA marker, or pressing the Backspace or Delete key. This setting is enabled by default.<br>✖ This setting does not permit simultaneous playback and editing. |

MM DocQspeech for Medical Editors QRC.pdf at p. 1 (July 2012).

100.    Defendants and their customers utilizing the Accused Transcription Editing Programs and Services perform the step of "providing a text cursor for display to facilitate editing the text information, the text cursor indicating a position in the text information where at least one edit will be performed upon receiving editing information entered by the user."  For example, AnyModal Editor and DocQSpeech allow the user to edit an incorrect word using an edit cursor (i.e., text cursor) based on information entered by the user.  *See, e.g.*:

> Once you feel proficient with navigation and editing shortcuts, and can do some editing without stopping the audio, you can introduce the Playback Highlighter. This feature has several different functions to help increase your efficiency even further. First, it allows your eyes to follow along with each word as it is played at a particular moment, which can help you listen and read more efficiently. Second, when used with the Attach Selection to Playback Highlighter option, it keeps your cursor moving with the text so you can navigate more efficiently, allowing you to keep your edit cursor close when an edit is identified.

AnyModal Editor Guide at 13.

In the example below the audio is playing and the edit cursor is attached using **Ctrl+Space**.  Reading ahead, you see that "oxacillin" (outlined in red) does not look right. To make the edit you do the following:

1.  Separate your cursor from the attached selection playback highlighter using any of the arrow keys

2.  Navigate to the word "oxacillin", and add the letters "di" to make it dioxacillin.



AnyModal Editor Guide at 15.

*Audio Highlight Settings and Usage:*

The following are personal preference settings which remain the same until changed by the transcriptionist:

| Feature | Function |
|---|---|
| **Show audio highlight** | A yellow highlight moves through the text as the audio plays.  This recommended setting is enabled by default.<br>✖  Deactivate if audio and text are not synchronized. |
| **Cursor tracking** | Moves the cursor to the current audio position when playback is stopped.  This setting is disabled by default. |
| **Auto select demographics text when closing ADT dialog** | Automatically highlights text from the start of the dictation to the current audio position when the Demographics/ADT screen is closed for the first time.  This recommended setting is enabled by default. |
| **Stop on edit** | Audio stops upon inserting a character, QA marker, or pressing the Backspace or Delete key.  This setting is enabled by default.<br>✖  This setting does not permit simultaneous playback and editing. |

MM DocQspeech for Medical Editors QRC.pdf at p. 1 (July 2012).

101.    Defendants and their customers utilizing the Accused Transcription Products and Services perform the step of "automatically synchronizing the text cursor and the audio cursor, wherein automatically synchronizing the text cursor and the audio cursor comprises automatically positioning the text cursor at a predetermined position relative to a location of the audio cursor and automatically moving the location of the text cursor synchronous with the movement of the audio cursor during the acoustic playback until an editing operation is performed."  For example, AnyModal editor and DocQSpeech allow the user to synchronize the edit cursor (i.e., text cursor) with the playback highlighter (i.e., audio cursor) automatically by pressing key combinations/editing settings, and the synchronization of the edit cursor and playback highlighter occurs until the transcriptionist performs an editing operation:

> A more advanced technique to edit is to attach your edit cursor to the Playback Highlighter using the Ctrl+Space shortcut.

AnyModal Editor Guide at 14.

> In addition to the default method of attaching the edit cursor to the playback highlighter using Ctrl+Space, there are some other methods that you might want to try. They are: Attach Playback

Highlighter on Play, Attach Playback Highlighter on Rewind/FF, and Attach Playback Highlighter on Jump to Index. You can find these settings under Options, ShadowScribe Options dialog, the Playback Highlighter options will be at the bottom.

AnyModal Editor Guide at 15.

In the example below the audio is playing and the edit cursor is attached using **Ctrl+Space**. Reading ahead, you see that "oxacillin" (outlined in red) does not look right. To make the edit you do the following:

1. Separate your cursor from the attached selection playback highlighter using any of the arrow keys

2. Navigate to the word "oxacillin", and add the letters "di" to make it dioxacillin.

Again US medical record #8929487 date of service 12/03/2007

Date of birth 04/18/1984. The patient was seen with the resident and I agree with the resident's notes and plans with the additions and/or corrections.

The patient has extensive inflammatory acne on his face and states that about 2 years ago, he has been on Accutane. It was not for year, but the only side effect he experience was being somewhat sleepy. He really did not notice much difference while taking it and notes he only took 1 pill a day, but unless he took a very low dose of that Accutane such is 10 mg, 20 mg day, it is difficult to understand why he did not get much more benefit or noticed any reaction from medicine whatsoever. Looking at him today, he is certainly a candidate for Accutane for the inflammatory papules and nodules he has on his face.

I am starting him and oxacillin 100 mg twice a day. Order reduced inflammatory aspect of his acne. Also, I started him on Retin-A micro gel 0.1% to use nightly. I warned about the side effects of these medications and we will be seeing him back again in 6 weeks. Thank you.

AnyModal Editor Guide at 15.

**DOCUMENT EDITOR WINDOW: TEXT EDITOR**

The following key combinations are used to navigate the Text Editor window when transcribing or editing a job. Press **F1** in the Text Editor to display the list of Keyboard Commands:

| Function | Keystroke |
|---|---|
| Add/Edit Text Feedback | **Ctrl + /** |
| Attach to Cursor to Audio | **Ctrl + G** |
| Audio Menu | **Alt + A** |
| Auto-caps the first letter after a period, colon or numbered list entry | **F2** |
| Auto-hide Bottom Panel (QA Note) | **Alt + T > O > B** |
| Auto-hide Reference Panel Group | **Alt + T > O > H** |
| Auto-list Numbering (on/off) | **Ctrl + Shift + L** |
| Bold Highlighted Text | **Ctrl + Windows + B** |
| Check Document Spelling and Grammar | **F7** |
| Client Profile panel | **F5** |
| Client Profile in DocQmanage/Display Reference Repository options | **Ctrl + Shift + F5** |

DocQscribe 7.1 Keyboard Shortcuts at 4 (June 2012).

| Function | Keystroke |
|---|---|
| Copy | Ctrl + C |
| Copy Previous Section | Ctrl + Shift + X |
| Cut | Ctrl + X |
| Cycle Capitalization | Ctrl + Shift + A |
| Cycle Sentence Break | Ctrl + K |
| Decrease List Indent | Ctrl + Alt + - (minus) |
| Decrease Playback Speed | Ctrl + Shift + I |
| Decrease Playback Volume | Ctrl+NUMPAD+Minus |
| Delete All Text | F11 |
| Delete Word to Left of Cursor | Ctrl + Backspace |
| Delete Word to Right of Cursor | Ctrl + Delete |
| Demographics and ADT Window | Ctrl + D |
| Detach Cursor from Audio<br>💡 Alternatively, press the **left or right arrow** key to detach the cursor from the audio. | Ctrl + Shift + G |
| Edit Expansions | Ctrl + E |
| Edit Menu | Alt + E |
| Expansions toggle | F4 |
| Fast forward audio | Ctrl + . (period) |

DocQscribe 7.1 Keyboard Shortcuts at 5 (June 2012).

**Audio Highlight Settings and Usage:**

The following are personal preference settings which remain the same until changed by the transcriptionist:

| Feature | Function |
|---|---|
| **Show audio highlight** | A yellow highlight moves through the text as the audio plays. This recommended setting is enabled by default.<br>❌ Deactivate if audio and text are not synchronized. |
| **Cursor tracking** | Moves the cursor to the current audio position when playback is stopped. This setting is disabled by default. |
| **Auto select demographics text when closing ADT dialog** | Automatically highlights text from the start of the dictation to the current audio position when the Demographics/ADT screen is closed for the first time. This recommended setting is enabled by default. |
| **Stop on edit** | Audio stops upon inserting a character, QA marker, or pressing the Backspace or Delete key. This setting is enabled by default.<br>❌ This setting does not permit simultaneous playback and editing. |

MM DocQspeech for Medical Editors QRC.pdf at p. 1 (July 2012)..

102.    Defendants also induce infringement of the 034 by their customers under 35

U.S.C. § 271(b) both by configuring the Accused Transcription Editing Programs and Services to

operate in a manner that Defendants know infringe the 034 Patent and by encouraging customers

to use Defendants Accused Transcription Editing Programs and Services in a manner Defendants know infringe the 034 Patent.  Defendants have had knowledge of the 034 Patent since at least the filing of this lawsuit.  Defendants advertise that customers "can choose between internal transcription, outsourced domestic/global transcription, or a combination of the two."  *See* https://mmodal.com/products-services/.  Defendants further advertise in connection with their Transcription Services that they provide "Customer Relationship Managers dedicated to your organization [that] will be carefully selected from [their] ranks" and that, "supported by [Defendants'] dedicated IT staff and responsive leadership organization, they will be there to hold your hand every step of the way."  *See* https://mmodal.com/products-services/transcription-services/.  *See also* https://mmodal.com/resources/white-papers/outsourcing-and-clinical-documentation/ ("As the nation's largest clinical documentation outsourcing company, M*Modal has helped an array of healthcare organizations outsource transcription.  We have distilled this accumulated knowledge into four key considerations in pursuit of best practices in this area.  These considerations establish a structured approach and promote benefits across the organization."). Defendants also provide customers with user manuals and training that instruct customers on how to use the Accused Transcription Editing Programs and Services in a manner that Defendants know infringe the 034 Patent.  *See, e.g.,* MM DocQspeech for Medical Editors QRC.pdf at p. 1 (July 2012); Using the AnyModal Editor, A Guide for the Medical Transcription Editor (MTE) (Sep. 2013); DocQscribe 7.1 Keyboard Shortcuts at 5 (June 2012).

103.    Defendants also contribute to infringement by their customers of the 034 Patent under 35 U.S.C. § 271(c).  Defendants have had knowledge of the 034 Patent since at least the filing of this lawsuit.  The Accused Transcription Editing Programs and Services are a material part of practicing at least the method of claim 8, have no substantial noninfringing uses, are not a

staple article of commerce, and are specially made and adapted for use in an infringing manner. For example, the Accused Transcription Editing Programs and Services are specially designed and intended to perform the claimed method by receiving linked speech and text information and providing an audio and text cursor that may be synchronized.

## **PRAYER FOR RELIEF**

104.     Nuance respectfully requests the following relief from this Court:

(a)     Judgment that Defendants have infringed one or more claims of the 126 Patent;

(b)     Judgment that Defendants have infringed one or more claims of the 946 Patent;

(c)     Judgment that Defendants have infringed one or more claims of the 158 Patent;

(d)     Judgment that Defendants have infringed one or more claims of the 295 Patent;

(e)     Judgment that Defendants have infringed one or more claims of the 933 Patent;

(f)     Judgment that Defendants have infringed one or more claims of the 034 Patent;

(g)     Entry of an injunction against Defendants and those in privity with them and those acting in concert with them from further infringement of the 126, 946, 158, 295, 933, and 034 Patents;

(h)     An award to Nuance of damages adequate to compensate it for all infringement occurring through the date of judgment, with prejudgment interest, and for any supplemental damages as appropriate and post-judgment interest after that date;

(i)     A finding that this action for infringement is an exceptional case under 35 U.S.C. § 285 and an award of reasonable counsel fees and costs; and

(j)     An award of such other and further relief as the Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Pursuant to Federal Rule of Civil Procedure 38(b), Nuance demands a trial by jury of all issues so triable.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

David J. Lender
Anish R. Desai
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000

Christopher T. Marando
Stephen Bosco
Rahul Arora
WEIL GOTSHAL & MANGES, LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 682-7000

David Greenbaum
NUANCE COMMUNICATIONS, INC.
1111 Macarthur Blvd.
Mahwah, NJ 07430
Tel: (201) 252-9100

Dated:  October 23, 2017
5499315 / 43964

By:  /s/ David E. Moore
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Stephanie E. O'Byrne (#4446)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    obyrne@potteranderson.com

*Attorneys for Plaintiff Nuance Communications, Inc.*