# Exhibit B

**Hutton, Alison Haddock**

| | |
|---|---|
| From: | Desai, Anish <anish.desai@weil.com> |
| Sent: | Thursday, July 26, 2018 5:38 PM |
| To: | Hutton, Alison Haddock |
| Cc: | Branch, Amanda; Nuance.MMODAL; Renck, Richard L.; Jameson, Woody; Kroon, Christopher S.; Fitzpatrick, Anthony J.; Gottfried, Michael R.; Gunther, Jarrad M.; Rollins, David J.; kevin.wheeler@lw.com; david.callahan@lw.com; Stephen.ODonohue@lw.com; Joshua, Aquanis M.; Ryan, Peggy A.; Bindu Palapura; obyrne@potteranderson.com; McGonagle, Maureen G.; David Moore; Lally, Kathleen A. |
| Subject: | Re: Nuance v MModal - case narrowing proposal |

Alison - It is amusing that you would accuse us of an about face. Perhaps you should the read transcript from the Scheduling Conference and tour team's prior position on case narrowing. And what exactly are you threatening to inform the court about? Are you going to include in your commentary to the court that we had to repeatedly request that you respond to our original offer. Unless you have a new proposal for us there is no need to delay this anymore.

Regards,
Anish

On Jul 26, 2018, at 5:25 PM, Hutton, Alison Haddock <AHHutton@duanemorris.com> wrote:

> Amanda:
>
> Until our meet and confer of today, MModal had no guidance whatsoever on Nuance's position related to our proposals on the 2019 and 2020 deadlines and whether compromise on those points could be reached. On today's call, you both indicated that such a compromise might be possible <u>and</u>, <u>importantly</u>, that Nuance would agree to an extension of the deadline to submit the parties' positions on claim narrowing to next Wednesday, August 1. Now, three hours later, at 5 p.m. ET the day before the submissions are due, you have made an about face and insisted that the parties file the submissions with the Court tomorrow and that no compromise will be possible on any aspect of our proposal.
>
> Sandbagging of this nature is not engaging in the meet and confer process in good faith. We expect that Nuance will demonstrate it is committed to continuing the thus far cordial relationship between counsel for the parties by agreeing to an extension of the submission date to at least Monday, July 30th. Should you not agree to do so, we will be forced to inform the Court of the manner in which Nuance conducted these negotiations.
>
> Alison
>
> From: Branch, Amanda <Amanda.Branch@weil.com>
> Sent: Thursday, July 26, 2018 5:03 PM
> To: Hutton, Alison Haddock <AHHutton@duanemorris.com>; Desai, Anish <anish.desai@weil.com>
> Cc: Nuance.MMODAL <Nuance.MMODAL@weil.com>; Renck, Richard L. <RLRenck@duanemorris.com>; Jameson, Woody <WJameson@duanemorris.com>; Kroon, Christopher S. <CSKroon@duanemorris.com>; Fitzpatrick, Anthony J. <AJFitzpatrick@duanemorris.com>; Gottfried, Michael R. <MRGottfried@duanemorris.com>; Gunther, Jarrad M. <JMGunther@duanemorris.com>; Rollins, David J. <DJRollins@duanemorris.com>; kevin.wheeler@lw.com; david.callahan@lw.com; Stephen.ODonohue@lw.com; Joshua, Aquanis M. <AMJoshua@duanemorris.com>; Ryan, Peggy A.

<PARyan@duanemorris.com>; Bindu Palapura <bpalapura@potteranderson.com>; obyrne@potteranderson.com; McGonagle, Maureen G. <MGMcGonagle@duanemorris.com>; David Moore <dmoore@potteranderson.com>; Lally, Kathleen A. <KALally@duanemorris.com>
**Subject:** RE: Nuance v MModal - case narrowing proposal

Counsel,

While we appreciate the meet and confer today, we are not going to reach agreement on claim narrowing. MModal has had our proposal for a week, but has not agreed to narrow its prior art early in the case or offered any compromise on this point. The only compromises offered were further restrictions on Nuance.

I did agree to speak with our team regarding your proposal for claim limits in connection with final infringement contentions, but we cannot agree to a proposal that limits our claim elections on a per patent basis, whether it is framed as a cap or otherwise.

I also agreed to discuss a further narrowing in January 2020 with our team. As I stated on the call, we believe setting a specific limit or deadline at this stage of the case, a year and a half out, would be premature.

As the parties positions have not changed, and MModal has had ample time to consider our proposal, we do not think any further extension is necessary.

We intend to file a letter with our proposal, as set forth in Anish's email of 7/19, tomorrow.

Regards,
Amanda

---

**From:** Hutton, Alison Haddock <AHHutton@duanemorris.com>
**Sent:** Thursday, July 26, 2018 9:23 AM
**To:** Branch, Amanda <Amanda.Branch@weil.com>; Desai, Anish <anish.desai@weil.com>
**Cc:** Nuance.MMODAL <Nuance.MMODAL@weil.com>; Renck, Richard L. <RLRenck@duanemorris.com>; Jameson, Woody <WJameson@duanemorris.com>; Kroon, Christopher S. <CSKroon@duanemorris.com>; Fitzpatrick, Anthony J. <AJFitzpatrick@duanemorris.com>; Gottfried, Michael R. <MRGottfried@duanemorris.com>; Gunther, Jarrad M. <JMGunther@duanemorris.com>; Rollins, David J. <DJRollins@duanemorris.com>; kevin.wheeler@lw.com; david.callahan@lw.com; Stephen.ODonohue@lw.com; Joshua, Aquanis M. <AMJoshua@duanemorris.com>; Ryan, Peggy A. <PARyan@duanemorris.com>; bpalapura@potteranderson.com; obyrne@potteranderson.com; McGonagle, Maureen G. <MGMcGonagle@duanemorris.com>; dmoore@potteranderson.com; Lally, Kathleen A. <KALally@duanemorris.com>
**Subject:** RE: Nuance v MModal - case narrowing proposal

Amanda,

We would like to set up a meet and confer call to discuss Nuance's response below, including to see if we can reach a compromise on any part of the proposal.

Our team can be available today from 1-3 p.m. or 4-5 p.m. ET. Please let me know when would work for you and I will send an invitation with call in number.



From: Branch, Amanda <Amanda.Branch@weil.com>
Sent: Thursday, July 26, 2018 10:20 AM
To: Hutton, Alison Haddock <AHHutton@duanemorris.com>; Desai, Anish <anish.desai@weil.com>
Cc: Nuance.MMODAL <Nuance.MMODAL@weil.com>; Renck, Richard L. <RLRenck@duanemorris.com>; Jameson, Woody <WJameson@duanemorris.com>; Kroon, Christopher S. <CSKroon@duanemorris.com>; Fitzpatrick, Anthony J. <AJFitzpatrick@duanemorris.com>; Gottfried, Michael R. <MRGottfried@duanemorris.com>; Gunther, Jarrad M. <JMGunther@duanemorris.com>; Rollins, David J. <DJRollins@duanemorris.com>; kevin.wheeler@lw.com; david.callahan@lw.com; Stephen.ODonohue@lw.com; Joshua, Aquanis M. <AMJoshua@duanemorris.com>; Ryan, Peggy A. <PARyan@duanemorris.com>; Bindu Palapura <bpalapura@potteranderson.com>; obyrne@potteranderson.com; McGonagle, Maureen G. <MGMcGonagle@duanemorris.com>; David Moore <dmoore@potteranderson.com>; Lally, Kathleen A. <KALally@duanemorris.com>
Subject: RE: Nuance v MModal - case narrowing proposal

Alison,

MModal's proposal is not acceptable to Nuance. While Nuance offered to compromise by reducing the number of asserted claims, MModal has not proposed any corresponding reduction of prior art, despite including more than 80 distinct references in its initial invalidity contentions.

Unless MModal will agree to significantly reduce its asserted prior art early in the case, we will be unable to reach a compromise in advance of the deadline on Friday. As such, we propose each party submit short letter briefs, not to exceed 3 pages, setting forth their respective positions to Judge Fallon on Friday.

Regards,
Amanda

From: Hutton, Alison Haddock <AHHutton@duanemorris.com>
Sent: Thursday, July 26, 2018 7:02 AM
To: Branch, Amanda <Amanda.Branch@weil.com>; Desai, Anish <anish.desai@weil.com>
Cc: Nuance.MMODAL <Nuance.MMODAL@weil.com>; Renck, Richard L. <RLRenck@duanemorris.com>; Jameson, Woody <WJameson@duanemorris.com>; Kroon, Christopher S. <CSKroon@duanemorris.com>; Fitzpatrick, Anthony J. <AJFitzpatrick@duanemorris.com>; Gottfried, Michael R. <MRGottfried@duanemorris.com>; Gunther, Jarrad M. <JMGunther@duanemorris.com>; Rollins, David J. <DJRollins@duanemorris.com>; kevin.wheeler@lw.com; david.callahan@lw.com; Stephen.ODonohue@lw.com; Joshua, Aquanis M. <AMJoshua@duanemorris.com>; Ryan, Peggy A. <PARyan@duanemorris.com>; bpalapura@potteranderson.com; obyrne@potteranderson.com; McGonagle, Maureen G. <MGMcGonagle@duanemorris.com>; dmoore@potteranderson.com; Lally,

Kathleen A. <KALally@duanemorris.com>
Subject: RE: Nuance v MModal - case narrowing proposal

Counsel:

Following up on my email below. Please provide Nuance's position on the case narrowing proposal due Friday in light of the counter proposal provided by MModal this a.m. or advise if we need a further extension on the deadline to submit that proposal.

Regards,
ALison

From: Hutton, Alison Haddock
Sent: Wednesday, July 25, 2018 9:59 AM
To: Branch, Amanda <Amanda.Branch@weil.com>; Desai, Anish <anish.desai@weil.com>
Cc: Nuance.MMODAL <Nuance.MMODAL@weil.com>; Renck, Richard L. <RLRenck@duanemorris.com>; Jameson, Woody <WJameson@duanemorris.com>; Kroon, Christopher S. <CSKroon@duanemorris.com>; Fitzpatrick, Anthony J. <AJFitzpatrick@duanemorris.com>; Gottfried, Michael R. <MRGottfried@duanemorris.com>; Gunther, Jarrad M. <JMGunther@duanemorris.com>; Rollins, David J. <DJRollins@duanemorris.com>; kevin.wheeler@lw.com; david.callahan@lw.com; Stephen.ODonohue@lw.com; Joshua, Aquanis M. <AMJoshua@duanemorris.com>; Ryan, Peggy A. <PARyan@duanemorris.com>; Bindu Palapura <bpalapura@potteranderson.com>; obyrne@potteranderson.com; McGonagle, Maureen G. <MGMcGonagle@duanemorris.com>; David Moore <dmoore@potteranderson.com>; Lally, Kathleen A. <KALally@duanemorris.com>
Subject: RE: Nuance v MModal - case narrowing proposal

Amanda:

Please let us know by this afternoon whether MModal's counter-proposal is acceptable to Nuance in light of Friday's deadline.

Regards,
Alison

From: Branch, Amanda <Amanda.Branch@weil.com>
Sent: Monday, July 23, 2018 1:46 PM
To: Hutton, Alison Haddock <AHHutton@duanemorris.com>; Desai, Anish <anish.desai@weil.com>
Cc: Nuance.MMODAL <Nuance.MMODAL@weil.com>; Renck, Richard L. <RLRenck@duanemorris.com>; Jameson, Woody <WJameson@duanemorris.com>; Kroon, Christopher S. <CSKroon@duanemorris.com>; Fitzpatrick, Anthony J. <AJFitzpatrick@duanemorris.com>; Gottfried, Michael R. <MRGottfried@duanemorris.com>; Gunther, Jarrad M. <JMGunther@duanemorris.com>; Rollins, David J. <DJRollins@duanemorris.com>; kevin.wheeler@lw.com; david.callahan@lw.com; Stephen.ODonohue@lw.com; Joshua, Aquanis M. <AMJoshua@duanemorris.com>; Ryan, Peggy A. <PARyan@duanemorris.com>; Bindu Palapura <bpalapura@potteranderson.com>; obyrne@potteranderson.com; McGonagle, Maureen G. <MGMcGonagle@duanemorris.com>; David Moore <dmoore@potteranderson.com>; Lally, Kathleen A. <KALally@duanemorris.com>
Subject: RE: Nuance v MModal - case narrowing proposal

Counsel,

We will consider your counter proposal. In light of the timing of your proposal, we agree a stipulation to extend the deadline is appropriate and necessary. Thank you for drafting and sending the stipulation.

However, we request that the deadline be extended to Friday, July 27th, rather than Monday, July 30th. If that change in the deadline is agreeable, you have our permission to file the stipulation to extend the deadline.

Regards,
Amanda

<image002.jpg>

Amanda Branch
Associate

Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
amanda.branch@weil.com
+1 650 802 3138 Direct

---

**From:** Hutton, Alison Haddock <AHHutton@duanemorris.com>
**Sent:** Monday, July 23, 2018 10:29 AM
**To:** Desai, Anish <anish.desai@weil.com>; Branch, Amanda <Amanda.Branch@weil.com>
**Cc:** Nuance.MMODAL <Nuance.MMODAL@weil.com>; Renck, Richard L. <RLRenck@duanemorris.com>; Jameson, Woody <WJameson@duanemorris.com>; Kroon, Christopher S. <CSKroon@duanemorris.com>; Fitzpatrick, Anthony J. <AJFitzpatrick@duanemorris.com>; Gottfried, Michael R. <MRGottfried@duanemorris.com>; Gunther, Jarrad M. <JMGunther@duanemorris.com>; Rollins, David J. <DJRollins@duanemorris.com>; kevin.wheeler@lw.com; david.callahan@lw.com; Stephen.ODonohue@lw.com; Joshua, Aquanis M. <AMJoshua@duanemorris.com>; Ryan, Peggy A. <PARyan@duanemorris.com>; bpalapura@potteranderson.com; obyrne@potteranderson.com; McGonagle, Maureen G. <MGMcGonagle@duanemorris.com>; dmoore@potteranderson.com; Lally, Kathleen A. <KALally@duanemorris.com>
**Subject:** RE: Nuance v MModal - case narrowing proposal

Counsel:

In light of the current case posture, we do not believe that initial claim/prior art narrowing is necessary at this time. We would propose instead that the Court enter a new deadline for the parties to make case narrowing proposals after the issuance of the claim construction order (March 15, 2019) and before the deadline for the parties to serve final infringement contentions/invalidity contentions and again just before trial.

May 1, 2019 – Plaintiff's Final Infringement Contentions: no more than 3 claims per patent

June 3, 2019 – Defendant's Final Invalidity Contentions: no more than 3 prior art arguments per asserted claim / no more than 18 prior art references

January 12, 2020 – Plaintiff's Election of Claims for Trial – no more than 2 claims per patent

January 28, 2020 – Defendant's Election of Prior Art for Trial – no more than 2 prior art arguments per asserted claim / no more than 16 prior art references

5

For purposes of this proposal, a prior art instrumentality (such as a device or process) and associated references that describe that instrumentality shall count as one "prior art reference," as shall the closely related work of a single prior artist. A "prior art argument" shall be understood to be an argument that: (1) a single reference anticipates a claim; or (2) a single reference renders a claim obvious (i.e., single-reference obviousness); or (3) a combination of references renders a claim obvious. For example, if MModal relies on prior art reference A for anticipation and for single-reference obviousness as to claim 1 of a patent, that will count as two separate prior art arguments. If MModal also relies on prior art references A + B for obviousness and A + B + C for obviousness as to claim 1 of the patent, that will count as two more, separate, prior art arguments. Further, a "prior art argument" shall consist of those reference(s) that MModal utilizes to show the existence of claim limitation(s) in the prior art. However, multiple references describing the same system or the closely related work of a single prior artist do not count as multiple prior art arguments.

Please let us know if you'd like to have a call to discuss. Also, if you/your client need additional time to consider our counter-proposal, we can certainly seek a short extension of today's deadline and attach a draft stipulation for that purpose.

---

**From:** Desai, Anish <anish.desai@weil.com>
**Sent:** Monday, July 23, 2018 12:21 PM
**To:** Hutton, Alison Haddock <AHHutton@duanemorris.com>; Branch, Amanda <Amanda.Branch@weil.com>
**Cc:** Nuance.MMODAL <Nuance.MMODAL@weil.com>; Renck, Richard L. <RLRenck@duanemorris.com>; Jameson, Woody <WJameson@duanemorris.com>; Kroon, Christopher S. <CSKroon@duanemorris.com>; Fitzpatrick, Anthony J. <AJFitzpatrick@duanemorris.com>; Gottfried, Michael R. <MRGottfried@duanemorris.com>; Gunther, Jarrad M. <JMGunther@duanemorris.com>; Rollins, David J. <DJRollins@duanemorris.com>; kevin.wheeler@lw.com; david.callahan@lw.com; Stephen.ODonohue@lw.com; Joshua, Aquanis M. <AMJoshua@duanemorris.com>; Ryan, Peggy A. <PARyan@duanemorris.com>; Bindu Palapura <bpalapura@potteranderson.com>; obyrne@potteranderson.com; McGonagle, Maureen G. <MGMcGonagle@duanemorris.com>; David Moore <dmoore@potteranderson.com>; Lally, Kathleen A. <KALally@duanemorris.com>
**Subject:** RE: Nuance v MModal - case narrowing proposal

Alison – In order to prepare a filing for today we need MModal's position. Please provide it by 1pm.

---

**From:** Hutton, Alison Haddock [mailto:AHHutton@duanemorris.com]
**Sent:** Friday, July 20, 2018 2:20 PM
**To:** Branch, Amanda; Desai, Anish
**Cc:** Nuance.MMODAL; Renck, Richard L.; Jameson, Woody; Kroon, Christopher S.; Fitzpatrick, Anthony J.; Gottfried, Michael R.; Gunther, Jarrad M.; Rollins, David J.; kevin.wheeler@lw.com; david.callahan@lw.com; Stephen.ODonohue@lw.com; Joshua, Aquanis M.; Ryan, Peggy A.; bpalapura@potteranderson.com; obyrne@potteranderson.com; McGonagle, Maureen G.; dmoore@potteranderson.com; Lally, Kathleen A.
**Subject:** RE: Nuance v MModal - case narrowing proposal

Counsel:

We are still discussing Nuance's proposal with our client and will be getting back to you on Monday.

Thank you,
Alison

From: Branch, Amanda <Amanda.Branch@weil.com>
Sent: Friday, July 20, 2018 1:58 PM
To: Desai, Anish <anish.desai@weil.com>; Hutton, Alison Haddock <AHHutton@duanemorris.com>
Cc: Nuance.MMODAL <Nuance.MMODAL@weil.com>; Renck, Richard L. <RLRenck@duanemorris.com>; Jameson, Woody <WJameson@duanemorris.com>; Kroon, Christopher S. <CSKroon@duanemorris.com>; Fitzpatrick, Anthony J. <AJFitzpatrick@duanemorris.com>; Gottfried, Michael R. <MRGottfried@duanemorris.com>; Gunther, Jarrad M. <JMGunther@duanemorris.com>; Rollins, David J. <DJRollins@duanemorris.com>; kevin.wheeler@lw.com; david.callahan@lw.com; Stephen.ODonohue@lw.com; Joshua, Aquanis M. <AMJoshua@duanemorris.com>; Ryan, Peggy A. <PARyan@duanemorris.com>; Bindu Palapura <bpalapura@potteranderson.com>; obyrne@potteranderson.com; McGonagle, Maureen G. <MGMcGonagle@duanemorris.com>; David Moore <dmoore@potteranderson.com>; Lally, Kathleen A. <KALally@duanemorris.com>
Subject: RE: Nuance v MMOdal - case narrowing proposal

Counsel,

We have not received a response or proposal for case narrowing. Unless we hear by close of business today, we will assume MModal does not oppose and file the below on Monday.

Regards,
Amanda

<image002.jpg>

Amanda Branch
Associate

Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
amanda.branch@weil.com
+1 650 802 3138 Direct

From: Desai, Anish
Sent: Thursday, July 19, 2018 10:18 AM
To: Hutton, Alison Haddock <AHHutton@duanemorris.com>
Cc: Nuance.MMODAL <Nuance.MMODAL@weil.com>; Renck, Richard L. <RLRenck@duanemorris.com>; Jameson, Woody <WJameson@duanemorris.com>; Kroon, Christopher S. <CSKroon@duanemorris.com>; Fitzpatrick, Anthony J. <AJFitzpatrick@duanemorris.com>; Gottfried, Michael R. <MRGottfried@duanemorris.com>; Gunther, Jarrad M. <JMGunther@duanemorris.com>; Rollins, David J. <DJRollins@duanemorris.com>; kevin.wheeler@lw.com; david.callahan@lw.com; Stephen.ODonohue@lw.com; Joshua, Aquanis M. <AMJoshua@duanemorris.com>; Ryan, Peggy A. <PARyan@duanemorris.com>; bpalapura@potteranderson.com; obyrne@potteranderson.com; McGonagle, Maureen G. <MGMcGonagle@duanemorris.com>; dmoore@potteranderson.com; Lally, Kathleen A. <KALally@duanemorris.com>
Subject: RE: Nuance v MMOdal - case narrowing proposal

Alison,

Nuance's case narrowing proposal is below. This proposal is consistent with practices in the district and the positions MModal advocated at the Scheduling Conference. Please advise us as to your position by noon tomorrow so that we may prepare a submission to the Court for Monday's deadline.

| Date | Case Event or Deadline | Nuance Proposal |
| --- | --- | --- |
| Aug. 6, 2018 | Plaintiff initial claim narrowing | No more than 23 claims |
| Aug. 13, 2018 | Defendant initial prior art narrowing | No more than 30 prior art references<br>No more than 92 prior art arguments* |
| May 1, 2019 | Plaintiff's Final Infringement Contentions | No more than 18 claims |
| June 3, 2019 | Defendant's Final Invalidity Contentions | No more than 18 prior art references<br>No more than 54 prior art arguments |

*We propose adopting the definition of "prior art argument" widely used by judges in the district. Specifically, a "prior art argument" shall be understood to be an argument that: (1) a single reference anticipates a claim; or (2) a single reference renders a claim obvious (i.e., single-reference obviousness); or (3) a combination of references renders a claim obvious. For example, if MModal relies on prior art reference A for anticipation and for single-reference obviousness as to claim 1 of a patent, that will count as two separate prior art arguments. If MModal also relies on prior art references A + B for obviousness and A + B + C for obviousness as to claim 1 of the patent, that will count as two more, separate, prior art arguments. Additionally, prior art arguments shall be counted on a per claim basis, meaning that if MModal asserts that prior art reference A anticipates claim 1 of a patent, and that prior art reference A also anticipates claim 2 of that patent, that will count as two prior art arguments. Further, a "prior art argument" shall consist of those reference(s) that MModal utilizes to show the existence of claim limitation(s) in the prior art.

Regards,
Anish

---

**From:** Desai, Anish
**Sent:** Thursday, July 19, 2018 8:42 AM
**To:** Hutton, Alison Haddock
**Cc:** Nuance.MMODAL; bpalapura@potteranderson.com; david.callahan@lw.com; Kevin.Wheeler@lw.com; Gottfried, Michael R.; Fitzpatrick, Anthony J.; Renck, Richard L.; Gunther, Jarrad M.
**Subject:** Nuance v MModal - case narrowing proposal

Alison - We will be sending along a claim/prior art narrowing proposal this afternoon. If you have a proposal that you are contemplating please send it along today as well.

Regards,
Anish

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.