IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NUANCE COMMUNICATIONS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 17-1484 (MN) |
| MMODAL LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

WHEREAS, on December 27, 2018, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 139) in this action, which recommended that the Court deny Plaintiff's Motion to Dismiss Defendant's Amended Counterclaims (D.I. 48); and

WHEREAS, neither party filed objections to the Report and Recommendation pursuant to Federal Rule of Civil Procedure 72(b)(2) within the prescribed period.

THEREFORE, IT IS HEREBY ORDERED this 11th day of January 2019 that:

1. The Report and Recommendation (D.I. 139) is ADOPTED; and

2. Plaintiff's Motion to Dismiss Defendant's Amended Counterclaims (D.I. 48) is DENIED.

The Honorable Maryellen Noreika
United States District Court Judge