IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC.,<br><br>                      Plaintiff,<br><br>vs.<br><br>MMODAL LLC,<br><br>                      Defendant. | Case No. 1:17-cv-01484-MN<br><br>**JURY TRIAL REQUESTED** |

**DEFENDANT'S NOTICE OF INTENT TO REDACT**

Defendant MModal LLC, by and through its undersigned counsel, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and this Court's policy on the electronic availability of transcripts of court proceedings, hereby submits its Notice of Intent to Redact the transcript of the Discovery Dispute Teleconference held on January 4, 2019 (D.I. 147) in the above-captioned action.

[*Signature Block on Following Page.*]

Dated:  January 16, 2019                **DUANE MORRIS LLP**

*/s/ Richard L. Renck*
Richard L. Renck (#3893)
rlrenck@duanemorris.com
**DUANE MORRIS LLP**
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:  (302) 657-4900

L. Norwood Jameson (admitted *pro hac vice*)
wjameson@duanemorris.com
Alison Haddock Hutton (admitted *pro hac vice*)
ahhutton@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, NE, Suite 2000
Atlanta, GA 30309-3929
Telephone:  404-253-6900
Facsimile:  404-253-6901

Anthony J. Fitzpatrick (admitted *pro hac vice*)
ajfitzpatrick@duanemorris.com
Christopher S. Kroon (admitted *pro hac vice*)
cskroon@duanemorris.com
Michael R. Gottfried (admitted *pro hac vice*)
mrgottfried@duanemorris.com
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, MA 02110
Telephone:  857.488.4200
Facsimile:  857.488.4201

Jarrad M. Gunther (admitted *pro hac vice*)
jmgunther@duanemorris.com
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone:  215-979-1000
Facsimile:  215-979-1020

David K. Callahan (admitted *pro hac vice*)
david.callahan@lw.com
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  312.876.7694
Facsimile:  312.543.8673

Kevin C. Wheeler (admitted *pro hac vice*)
kevin.wheeler@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.3311

Stephen D. O'Donohue (admitted *pro hac vice*)
Stephen.odonohue@lw.com
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834
Telephone: 212-906-1200

*Counsel for Defendant MModal LLC*