# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NUANCE COMMUNICATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 1:17-cv-1484-MN |
| v. | ) | |
| | ) | **PUBLIC VERSION** |
| MMODAL LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF JARRAD M. GUNTHER
## IN SUPPORT OF DEFENDANT MMODAL LLC'S
## <u>MOTION TO STAY PENDING *INTER PARTES* REVIEW</u>

I, Jarrad M. Gunther, declare and state as follows:

1. I am an attorney with the law firm of Duane Morris LLP, counsel for Defendant MModal LLC ("MModal"). I have personal knowledge of the facts stated herein and can testify competently to those facts. I make this declaration in support of MModal's Motion to Stay Pending *Intern Partes* Review.

2. Attached hereto as Exhibit 1 is a true and correct copy of IPR2018-01355, Paper 7, Decision Instituting *Inter Partes* Review, entered February 6, 2019 concerning U.S. Patent No. 7,379,946.

3. Attached hereto as Exhibit 2 is a true and correct copy of IPR2018-01435, Paper 7, Decision Institution of *Inter Partes* Review, entered February 19, 2019 concerning U.S. Patent No. 6,999,933.

4. Attached hereto as Exhibit 3 is a true and correct copy of IPR2018-01431, Paper 7, Decision Instituting *Inter Partes* Review, entered February 20, 2019 concerning U.S. Patent No. 8,117,034.

1

5. Attached hereto as Exhibit 4 is a true and correct copy of an email exchange from February 26, 2019 between MModal's counsel and counsel for Plaintiff Nuance Communications, Inc. ("Nuance") in which MModal sought Nuance's agreement to stipulate to a stay of the litigation pending the outcome of the three *Inter Partes* Reviews. The parties met and conferred on February 27, 2019, and counsel for Nuance indicated that they would oppose MModal's motion to stay.

6. Attached hereto as Exhibit 5 is a true and correct copy of IPR2018-01355, Paper 6, Patent Owner Nuance Communications, Inc.'s Preliminary Response.

7. Attached hereto as Exhibit 6 is a true and correct copy of IPR2018-01435, Paper 6, Patent Owner's Preliminary Response.

8. Attached hereto as Exhibit 7 is a true and correct copy of IPR2018-01431, Paper 6, Patent Owner's Preliminary Response.

9. Attached hereto as Exhibit 8 is a true and correct copy of IPR2018-01335, Paper 8, Scheduling Order.

10. Attached hereto as Exhibit 9 is a true and correct copy of IPR2018-01435, Paper 8, Scheduling Order.

11. Attached hereto as Exhibit 10 is a true and correct copy of IPR2018-01431, Paper 8, Scheduling Order.

12. Attached hereto as Exhibit 11 is a true and correct copy of the courtesy email and the attached 30(b)(6) notice served on MModal by Nuance on February 8, 2019.

13. Attached hereto as Exhibit 12 is a true and correct copy of an email exchange between Nuance's counsel and MModal's counsel in which Nuance's counsel notifies MModal that it anticipates serving at least one other 30(b)(6) notice.

14. Attached hereto as Exhibit 13 is a true and correct copy of Nuance Communications, Inc.'s Second Supplement Objections and Responses to MModal LLC's First Set of Interrogatories (Nos. 1-11) (Dec. 3, 2018).

I declare under the laws of the United States that each of the foregoing statements is true and correct. Executed on February 28, 2019, in Philadelphia, Pennsylvania.

Dated: February 28, 2019.    /s/ Jarrad M. Gunther
　　　　　　　　　　　　　　 Jarrad M. Gunther