# EXHIBIT 4

**PUBLIC VERSION**

## Gunther, Jarrad M.

| | |
|---|---|
| **From:** | Desai, Anish <anish.desai@weil.com> |
| **Sent:** | Tuesday, February 26, 2019 7:28 PM |
| **To:** | Fitzpatrick, Anthony J.; Nuance.MMODAL; Bosco, Stephen; Bindu Palapura; David Moore; OByrne, Stephanie E. (sobyrne@potteranderson.com) |
| **Cc:** | 'david.callahan@lw.com'; kevin.wheeler@lw.com; Stephen.ODonohue@lw.com; Gottfried, Michael R.; Hutton, Alison Haddock; Gunther, Jarrad M.; Renck, Richard L. |
| **Subject:** | RE: Nuance v. MModal (Del.) - request to stay pending IPRs |

Tony – Nuance does not agree.  We can add this to the meet and confer tomorrow.

Thanks
Anish

---

**From:** Fitzpatrick, Anthony J. <AJFitzpatrick@duanemorris.com>
**Sent:** Tuesday, February 26, 2019 12:35 PM
**To:** Nuance.MMODAL <Nuance.MMODAL@weil.com>; Desai, Anish <anish.desai@weil.com>; Bosco, Stephen <Stephen.Bosco@weil.com>; bpalapura@potteranderson.com; dmoore@potteranderson.com; OByrne, Stephanie E. (sobyrne@potteranderson.com) <sobyrne@potteranderson.com>
**Cc:** 'david.callahan@lw.com' <david.callahan@lw.com>; kevin.wheeler@lw.com; Stephen.ODonohue@lw.com; Gottfried, Michael R. <MRGottfried@duanemorris.com>; Hutton, Alison Haddock <AHHutton@duanemorris.com>; Gunther, Jarrad M. <JMGunther@duanemorris.com>; Renck, Richard L. <RLRenck@duanemorris.com>
**Subject:** Nuance v. MModal (Del.) - request to stay pending IPRs

Counsel –

MModal intends to request a stay of the Nuance v. MModal action pending the outcome of the recently-instituted IPRs.  Please let us know whether Nuance agrees.  If your client does not agree, we propose to add this topic to the meet and confer call set for tomorrow.

Tony

**Anthony J. Fitzpatrick**
Partner

Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
**Office:** +1 857 488 4220
**Mobile:** +1 617 899 8089
**Fax:** +1 857 401 3018

AJFitzpatrick@duanemorris.com
Bio: https://dnmrs.co/a1411

1

2

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.