# EXHIBIT 12
## PUBLIC VERSION

# Gunther, Jarrad M.

| | |
|---|---|
| **From:** | Kundu, Sudip <Sudip.Kundu@weil.com> |
| **Sent:** | Thursday, February 14, 2019 2:51 PM |
| **To:** | Hutton, Alison Haddock; Nuance.MMODAL; Bindu Palapura |
| **Cc:** | Renck, Richard L.; david.callahan@lw.com; Kevin.Wheeler@lw.com; Fitzpatrick, Anthony J.; Gottfried, Michael R.; Gunther, Jarrad M.; Stephen.ODonohue@lw.com |
| **Subject:** | RE: Nuance Communications, Inc. v. MModal LLC (C.A. No. 17-1484-MN) |

Alison,

We anticipate that there will be at least one other 30(b)(6) notice that we issue to MModal.

Sudip

**From:** Hutton, Alison Haddock <AHHutton@duanemorris.com>
**Sent:** Thursday, February 14, 2019 2:31 PM
**To:** Nuance.MMODAL <Nuance.MMODAL@weil.com>; bpalapura@potteranderson.com
**Cc:** Renck, Richard L. <RLRenck@duanemorris.com>; david.callahan@lw.com; Kevin.Wheeler@lw.com; Fitzpatrick, Anthony J. <AJFitzpatrick@duanemorris.com>; Gottfried, Michael R. <MRGottfried@duanemorris.com>; Gunther, Jarrad M. <JMGunther@duanemorris.com>; Stephen.ODonohue@lw.com
**Subject:** FW: Nuance Communications, Inc. v. MModal LLC (C.A. No. 17-1484-MN)

Counsel:

We are in receipt of your notice of deposition. Can you please confirm that these are the only 30(b)(6) topics for which you intend to seek MModal corporate testimony in this case?

**From:** Tarantino, Nicole M. <ntarantino@Potteranderson.com>
**Sent:** Friday, February 8, 2019 1:42 PM
**To:** Renck, Richard L. <RLRenck@duanemorris.com>; Kroon, Christopher S. <CSKroon@duanemorris.com>; Fitzpatrick, Anthony J. <AJFitzpatrick@duanemorris.com>; Jameson, Woody <WJameson@duanemorris.com>; Hutton, Alison Haddock <AHHutton@duanemorris.com>; Gottfried, Michael R. <MRGottfried@duanemorris.com>; Gunther, Jarrad M. <JMGunther@duanemorris.com>; 'kevin.wheeler@lw.com' <kevin.wheeler@lw.com>; 'david.callahan@lw.com' <david.callahan@lw.com>; 'stephen.odonohue@lw.com' <stephen.odonohue@lw.com>; 'gabriel.bell@lw.com' <gabriel.bell@lw.com>; 'MMODALNUANCE.LWTEAM@lw.com' <MMODALNUANCE.LWTEAM@lw.com>
**Subject:** Nuance Communications, Inc. v. MModal LLC (C.A. No. 17-1484-MN)

Attached is a courtesy copy of the following documents which were filed and served through CM/ECF in the above-referenced action today.

- NOTICE to Take Deposition of MModal LLC on March 7, 2019

Thank you,

*Nicole M. Tarantino*
Assistant to David E. Moore
               D. Ryan Slaugh
               Jennifer P. Buckley
               Tracey Timlin

**Potter Anderson & Corroon LLP**
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6264 Direct Dial
302 658 1192 Fax
[ntarantino@potteranderson.com](mailto:ntarantino@potteranderson.com)
[www.potteranderson.com](http://www.potteranderson.com)

Potter Anderson & Corroon LLP is not providing any advice in this communication with respect to any federal tax matters.

THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE AUTHORIZED REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION, COPYING, OR DISCLOSURE OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.