# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NUANCE COMMUNICATIONS, INC., | ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 17-1484-MN |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| MMODAL LLC, | ) ) | |
| Defendant. | ) | |

## STIPULATION FOR PRETRIAL EXCHANGE SCHEDULE

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Nuance Communications, Inc. and Defendant MModal LLC (the "Parties"), subject to the approval of the Court, that the following deadlines shall apply for pretrial exchanges, consistent with the Local Rules, the Court's Standing Orders, and the operative Scheduling Orders in this case:

| Pretrial Item | Date |
|---|---|
| Initial Trial Witness List, including identification as will call and may call (Scheduling Order, D.I. 34, L.R. 16.3(c)(7)) | May 27, 2021 |
| Rebuttal Trial Witness Lists, including identification as will call and may call (Scheduling Order, D.I. 34, L.R. 16.3(c)(7)) | June 17, 2021 |
| Initial Exhibit List and Native Excel of Exhibit List (Plaintiff) (L.R. 16.3(c)(6)) | June 18, 2021 |
| PDF Copies of Exhibits (Plaintiff) (L.R. 16.3(c)(6)) | June 22, 2021 |
| Response to Initial Exhibit List (Defendant will identify Joint Exhibits and identify Exhibits Defendant intends to use) | June 25, 2021 |
| Mutual Exchange of Deposition Designations (L.R. 16.3(c)(7)) | June 25, 2021 |
| PDF Copies of Exhibits (Defendant) | June 29, 2021 |
| Exchange list of MIL topics | July 9, 2021 |
| Meet and confer regarding MILs | July 12, 2021 |
| Objections to Deposition Designations and Deposition Counter-Designations | July 15, 2021 |
| Exchange Draft Pretrial Order (Plaintiff) | July 16, 2021 |

| Pretrial Item | Date |
|---|---|
| (L.R. 16.3(d)(1), 30 days before PTO due)<br>• PTO Cover pleading<br>• Ex. 1 - (Draft) Parties' Statement of Uncontested Facts<br>• Ex. 2 - Nuance's Statement of Contested Issues of Fact<br>• Ex. 4 - Nuance's Statement of Contested Issues of Law<br>• Ex. 9 – Nuance's Witness List | |
| Exchange Motions *In Limine* | July 21, 2021 |
| Objections to Deposition Counter-Designations and Deposition Counter-Counter Designations | July 21, 2021 |
| Jury Questionnaire (Plaintiff) | July 21, 2021 |
| Objections to Exhibits and identify Counter-Exhibits (L.R. 16.3(c)(6)) | July 22, 2021 |
| Deadline to depose any fact witnesses who have not previously been deposed in this case (Scheduling Order, D.I. 34) | July 23, 2021 |
| Proposed Jury Instructions (Plaintiff)<br>(L.R. 51.1(a))<br>Proposed *Voir Dire*<br>(L.R. 47.1(a)(2))<br>Proposed Special Verdict Form<br>(L.R. 51.1(c)) | July 23, 2021 |
| Serve PDF Copies of Counter-Exhibits | July 26, 2021 |
| Final Witness List, Including Will Call and May Call Identification, and whether in person or by deposition (L.R. 16.3(c)(7))<br>Objections to Counter-Counter Deposition Designations | July 26, 2021 |
| Jury Questionnaire<br>(Defendant, redline) | July 26, 2021 |
| File Jury Questionnaire | July 28, 2021 |
| Objections to Counter-Exhibits | July 29, 2021 |
| Response to Proposed Jury Instructions (Defendant)<br>(L.R. 51.1(a))<br>Proposed *Voir Dire*<br>(L.R. 47.1(a)(2))<br>Proposed Special Verdict Form<br>(L.R. 51.1(c)) | July 30, 2021 |
| Exchange Motion *In Limine* Responses | July 30, 2021 |
| Defendants Response to Pretrial Order (redline)<br>(L.R. 16.3(d)(2), 14 days before PTO due)<br>• Revisions to PTO Cover pleading<br>• Ex. 1 - Revisions to Parties' Statement of Uncontested Facts | August 2, 2021 |

| Pretrial Item | Date |
|---|---|
| • Ex. 3- MModal's Statement of Contested Issues of Fact<br>• Ex. 5 – MModal's Statement of Contested Issues of Law<br>• Ex. 10- MModal Witness List | |
| Exchange Motion *In Limine* Replies | August 6, 2021 |
| Final DL to Supplement Exhibit List | August 6, 2021 |
| Exchange of Proposed Final Pretrial Order (Plaintiff) | August 10, 2021 |
| Exchange of Proposed Final Pretrial Order (Defendant response, redline) | August 12, 2021 |
| File Jury Instructions, *Voir Dire*, Special Verdict Form<br>MN April 2021 Scheduling Order (7 business days before the final pretrial conference) | August 12, 2021 |
| File Final Pretrial Order<br>MN April 2021 Scheduling Order (not later than 7 days before the final pretrial conference) | August 16, 2021 |
| Pretrial Conference (D.I. 266) | August 23, 2021 |
| Trial Commences (D.I. 266)<br>(Length: 7 days per Scheduling Order, D.I. 34) | August 30, 2021 |

## Schedule of PTO Exhibits

The following will be attached as exhibits to the PTO cover document.

| | |
|---|---|
| 1 | Parties' Statement of Uncontested Facts |
| 2 | Nuance's Statement of Contested Issues of Fact |
| 3 | MModal's Statement of Contested Issues of Fact |
| 4 | Nuance's Statement of Contested Issues of Law |
| 5 | MModal's Statement of Contested Issues of Law |
| 6 | Nuance's Trial Exhibit List (PTX) |
| 7 | MModal's Trial Exhibit List (DTX) |
| 8 | Joint Trial Exhibit List (JTX) |
| 9 | Nuance's Witness List |
| 10 | MModal's Witness List |
| 11 | Nuance's Deposition Designations |
| 12 | MModal's Deposition Designations |
| 13 | Nuance's First Motion in Limine (opening, answering, reply) |
| 14 | Nuance's Second Motion in Limine (opening, answering, reply) |
| 15 | Nuance's Third Motion in Limine (opening, answering, reply) |
| 16 | MModal's First Motion in Limine (opening, answering, reply) |
| 17 | MModal's Second Motion in Limine (opening, answering, reply) |
| 18 | MModal's Third Motion in Limine (opening, answering, reply) |

Respectfully submitted,

POTTER ANDERSON & CORROON LLP          DUANE MORRIS LLP

*/s/ Bindu A. Palapura*                          */s/ Richard L. Renck*
David E. Moore (#3983)                      Richard L. Renck (#3893)
Bindu A. Palapura (#5370)                   222 Delaware Avenue, Suite 1600
Stephanie E. O'Byrne (#4446)                Wilmington, DE 19801
Hercules Plaza, 6th Floor                   Tel: (302) 657-4900
1313 N. Market Street                       rlrenck@duanemorris.com
Wilmington, DE 19801
Tel: (302) 984-6000                         *Counsel for Defendant*
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Counsel for Plaintiff*

Dated: June 1, 2021


IT IS SO ORDERED this _____ day of June, 2021.


_____
United States District Judge

4