# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-1484-MN |
| v. | ) |
| | ) |
| 3M HEALTH INFORMATION SYSTEMS, INC. and MMODAL LLC, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR AMENDMENT TO PRETRIAL SCHEDULE

WHEREAS, the deadline for Plaintiff Nuance Communications, Inc. and Defendants MModal LLC and 3M Health Information Systems, Inc. (the "Parties") to file the proposed *Voir Dire*, Preliminary Jury Instructions, Final Jury Instructions, and Verdict Form is currently September 16, 2021; and

WHEREAS, the Parties respectfully request two additional business days to file these materials, in view of the Yom Kippur holiday, and because the Parties seek to continue to confer on their disputes in hopes of further narrowing;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the Parties, subject to the approval of the Court, that the deadline to file the above-listed materials is hereby extended to September 20, 2021.

| POTTER ANDERSON & CORROON LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Bindu A. Palapura* | */s/ Kelly E. Farnan* |
| David E. Moore (#3983) | Kelly E. Farnan (#4395) |
| Bindu A. Palapura (#5370) | Nicole K. Pedi (#6236) |
| Stephanie E. O'Byrne (#4446) | Valerie A. Caras (#6608) |
| Hercules Plaza, 6th Floor | One Rodney Square |
| 1313 N. Market Street | 920 N. King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 984-6000 | Tel: (302) 651-7700 |
| dmoore@potteranderson.com | farnan@rlf.com |
| bpalapura@potteranderson.com | pedi@rlf.com |
| sobyrne@potteranderson.com | caras@rlf.com |

OF COUNSEL:    OF COUNSEL:

David J. Lender
Anish R. Desai
Sudip Kundu
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000

David K. Callahan
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700

Stephen Bosco
Priyata Y. Patel
WEIL GOTSHAL & MANGES, LLP
2001 M Street, NW Suite 600
Washington, DC 20036
Tel: (202) 682-7000

Kevin C. Wheeler
Gabriel K. Bell
Alan M. Billharz
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, D.C. 20004
Tel.: (202) 637-2200

Amanda Branch
WEIL GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000

Stephen D. O'Donohue
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200

*Attorneys for Plaintiff*
*Nuance Communications Inc.*

Meiran Yin
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Tel.: (650) 328-4600

*Attorneys for Defendants MModal LLC and 3M Health Information Systems*

IT IS SO ORDERED this \_\_\_\_ day of September, 2021.

_____
United States District Judge

7376022/43964