# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>3M HEALTH INFORMATION SYSTEMS, )<br>INC. and MMODAL LLC, )<br>)<br>Defendants. ) | C.A. No. 17-1484-MN |

## NOTICE OF INTENT TO SEAL AND REDACT

Defendant MModal LLC ("MModal"), by and through its counsel, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and this Court's Policy on the Electronic Availability of Transcripts of Court Proceedings, hereby submits its Notice of Intent to Seal and Redact portions of the transcript from the September 8, 2021 Teleconference (D.I. 532) in the above-captioned action. MModal will submit papers in support of this notice promptly.

Of Counsel

David K. Callahan
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700

Kevin C. Wheeler
Alan M. Billharz
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Stephen O'Donohue
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200

Meiran Yin
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

Dated: September 28, 2021

*/s/ Nicole K. Pedi*
Kelly E. Farnan (#4395)
Nicole K. Pedi (#6236)
Valerie A. Caras (#6608)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE 19801
Tel: (302) 651-7700
farnan@rlf.com
pedi@rlf.com
caras@rlf.com

*Attorneys for Defendants MModal LLC and 3M Health Information Systems*